Scott

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. James Swearengin Jr
c/o Mr. Searcy Rushing
435 South Union Street
Montgomery, Alabama
2:05cv651 (mp + smo ) 36130
20 day

2. Article Number
(Transfer from service label)

7004 2890 0004 6382 7699

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name): James Swearengin
C. Date of Delivery: 7-25-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUL 25 2005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes