IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN SCOTT, SR., <br> (BLIND VENDOR), <br><br> Plaintiff, <br><br> v. <br><br> JAMES (BUDDY) SWEARENGIN, JR., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 2:05-cv-651-MHT-CSC <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The undersigned attorney files this Notice of Appearance as additional counsel for the Defendant **James (Buddy) Swearengin, Jr.,** in the above-styled action.

Respectfully submitted,

**/s/ Margaret L. Fleming**
Margaret L. Fleming Bar Number: FLE001
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-3738
Fax: (334) 353-8440
E-mail: mfleming@ago.state.al.us

2

**CERTIFICIATE OF SERVICE**

I hereby certify that on September 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Calvin Scott, Sr.
1416 Marler Road
Pike Road, AL  36064

**/s/ Margaret L. Fleming**
Margaret L. Fleming Bar Number:  FLE001
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone:  (334) 353-3738
Fax:  (334) 353-8440
E-mail:  mfleming@ago.state.al.us