IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv651-T |
| | ) | (WO) |
| JAMES (BUDDY) SWEARENGIN, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv652-F |
| | ) | |
| RAY DENNIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 21, 2005, the court directed that the Alabama Department of Rehabilitation Services to schedule an evidentiary hearing on this matter and to file a report informing this court of the outcome of the hearing no later than five (5) days after completion of the hearing.  On October 13, 2005, the Hearing Officer filed his Decision on this matter.  Accordingly, it is

ORDERED that on or before **December 13, 2005**, the parties shall file a report on the status of this matter.  It is further

ORDERED that on or before **December 20, 2005**, the parties shall file briefs detailing their positions concerning the effect, if any, of the hearing's officer's determination on this matter.

Done this 23rd day of November, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE