

## STATE OF ALABAMA
# DEPARTMENT OF FINANCE
### DIVISION OF SERVICES

Gordon Persons Building
50 North Ripley Street
Montgomery, Alabama 36130
Telephone (334) 242-8425
Fax (334) 353-3070

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

SEARCY M. RUSHING
Chief of Services

JAMES (BUDDY) SWEARENGIN
Building Manager

Kenneth Green
Alabama Department of Rehabilitative Services
2127 East South Boulevard
Montgomery, Alabama 36116-2458

Mr. Green:

I have always enjoyed our conversations and your visits to the Gordon Persons Building. However, this letter will not be as pleasant as our usual conversations.

I am asking that the vendors supplying our snack machines be removed from our building. The Scotts are high tempered, as well as unreasonable. They don't attempt to work with Building Management, and have the attitude "it's their way, or no way at all."

There have been incidents where the Scotts have threatened to bring a gun and shoot personnel, and I have continuous complaints with them not refunding money from the machines. I can supply names if needed, in this case. The most recent incident where the Scotts refused to work with Building Management has prompted me to make this request.

The employees and visitors alike in the Gordon Persons Building deserve a safe and pleasant environment. I do not feel as if this can be accomplished with the Scotts servicing this building.

I am asking that the Scotts be removed from this building within three (3) days of receipt of this letter.

I hope to continue to work with Rehabilitative Services in the future, and know that you have pleasant personnel working under your supervision.

If I can be of any help, please feel free to contact my office.

Sincerely,

James (Buddy) Swearengin
Plant Maintenance Supervisor

RECEIVED
FEB 0 7 2005
BEP

FROM : CSCOTT    FAX NO. : 334 272 2657    Feb. 14 2005 11:10AM P2

Business Enterprise Program



# Alabama Department of
# REHABILITATION SERVICES



February 9, 2005

**Bob Riley**
GOVERNOR

**Steve Shivers**
COMMISSIONER

State of Alabama
Department of Finance
James (Buddy) Swearengin
Plant Maintenance Supervisor
Gordon Persons Building
50 North Ripley Street
Montgomery, AL  36130

Dear Mr. Swearengin:

Please accept this letter as our mutual understanding of the requirements of blind vendor, Mr. Calvin Scott, to continue as vending provider at the Gordon Persons Building.

- Mrs. Gladys Scott, current employee, is no longer approved by our agency as an assistant/driver for our blind vendor.
- Mr. Scott will retain a new assistant/driver approved by our agency.
- Mr. Scott and his employee will cooperate with building management and comply with all security protocols required to enter restricted areas.
- Mr. Scott will work with Mr. Ken Green, Business Enterprise Program Representative, to develop a more streamlined, efficient, and customer friendly mode of refunding lost money.

Mr. Swearengin, thank you for your recission of the request to remove Mr. Scott and your agreement to our plan for his conditional continued employment. Additionally, your many years of support for our employment program for blind Alabamians is greatly appreciated.

Sincerely,

*Ray Dennis*

Ray Dennis, Director
Business Enterprise Program

cc:  Mr. Joe Helm
     Perry Hopper
     Ken Green

PROVIDING SERVICES TO ALABAMIANS WITH DISABILITIES
P.O. Box 11586 ■ 2129 E. South Blvd. ■ Montgomery, AL 36111-0586 ■ 334-281-8780 ■ 1-800-441-7607
Fax: 334-613-2239 ■ www.rehab.state.al.us

Business Enterprise Program

## Alabama Department of
## REHABILITATION SERVICES



**Bob Riley**
GOVERNOR

February 9, 2005

**Steve Shivers**
COMMISSIONER

Mr. Calvin Scott
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott,

Please find enclosed a letter we received on February 7, 2005, from Mr. James (Buddy) Swearengin requesting your removal as blind vendor at the Gordon Persons Building. Also, enclosed is a letter dated February 9, 2005, that outlines the changes required for your continued conditional employment at your vending facility.

Note these requirements are non-negotiable and represent actual changes that must occur as a condition of your continued employment.

- Mrs. Gladys Scott, your current employee, is no longer approved by our agency as an assistant/driver for you and must be replaced.
- You will retain a new assistant/driver that is approved by our agency.
- You and your employee will cooperate with building management and comply with all security protocols required to enter restricted areas.
- You will work with Mr. Ken Green, Business Enterprise Program Representative, to develop a more streamlined, efficient, and customer friendly mode of refunding lost money.

I am hopeful that you will initiate these changes immediately and continue vending services in a professional and successful manner.

Please advise your representative, Mr. Ken Green, as to your plans so that he may render his assistance, or schedule your exit inventory and replacement in a prompt manner.

Sincerely,

Ray Dennis, Director
Business Enterprise Program

Enc. 2

cc:  Mr. Joe Helm
     Perry Hopper
     Ken Green

---

*PROVIDING SERVICES TO ALABAMIANS WITH DISABILITIES*
P.O. Box 11586 ◾ 2129 E. South Blvd. ◾ Montgomery, AL 36111-0586 ◾ 334-281-8780 ◾ 1-800-441-7607
Fax: 334-613-2239 ◾ www.rehab.state.al.us

**Business Enterprise Program**



## Alabama Department of
## REHABILITATION SERVICES



**Bob Riley**
GOVERNOR

**Steve Shivers**
COMMISSIONER

February 14, 2005

Mr. Calvin Scott
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott,

    Please accept this as my personal appeal to you not to continue to utilize your current employee, Mrs. Gladys Scott, at your job site and to comply with the requirements of my letter dated February 9, 2005.

    You have initiated the grievance process in accordance with the General Rule and it is appropriate and prudent for you to do so. Let this process proceed before you violate the terms of my letter. I am convinced our program will have no option but to remove you from your location.

    Please accept this not as a threat but in the spirit in which it is written. You have many years of successful work in the Business Enterprise Program, and I sincerely hope this will continue for many years to come. However, I am alarmed that you will jeopardize your career by refusing to make the changes outlined in my letter.

    Please reconsider your decision and continue with the grievance process.

Sincerely,

*Ray Dennis*
Ray Dennis, Director
Business Enterprise Program

cc: Mr. Joe Helm
    Perry Hopper
    Ken Green
    Steve Simpson

Business Enterprise Program



# Alabama Department of
# REHABILITATION SERVICES



**Bob Riley**
GOVERNOR

February 22, 2005

**Steve Shivers**
COMMISSIONER

Mr. Calvin Scott
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott:

The intent of this letter is to advise you of your removal from Facility #562 at the Gordon Persons Building. The exit inventory will take place on Thursday, February 24th at 10:00 a.m. I strongly encourage you or your designee to participate, however, should you choose not to participate the inventory will be conducted as scheduled.

On February 9, 2005 you were advised of the changes required for your continued conditional employment at Facility #562. Your program representative, Kenneth Green, has informed us in writing "that they (Calvin and Gladys Scott) stated that Calvin would not do it with anyone other than Gladys." You also stated to Mr. Green "that you had not hired anyone to do so" (service the machines).

Your failure to comply with the requirements of the BEP General Rules, Agreement to Operate a Vending Facility and the terms of my letter of February 9, 2005 have left me with no option but to replace you.

From all appearances the approximately 20 snack machines you are responsible for have not been serviced since February 11, 2005. This inaction on your part is tanamount to abandonment of your facility and will not be tolerated. Your recent dereliction of duty has cast the program in a most unfavorable light. Additionally, your customers are not receiving the service they desire and deserve.

Sincerely

*Ray Dennis*

Ray Dennis, Director
Business Enterprise Program

INVENTORY Pg 1

Persons Bldg. Product Count
Feb. 23 2005   2:30 PM

| Location | Spirals | Empty | | | |
|---|---|---|---|---|---|
| Front Door | 40 | 7 | | others almost empty | |
| 5 Rotunda | 32 | 9 | | " | |
| 4 Rotunda | 40 | 27 | | very empty | 6 of 9 coke E |
| 3 Rotunda | 32 | 21 | | 11 | 6 of 10 Pep E |
| 2 Rotunda | 32 | 32 | | | |
| 1 Rotunda | 40 | 32 | | | very Empty |
| 5 Northwest | 40 | 12 | | | majority full |
| 3 NW | 32 | 18 | | | Hung num |
| 2 NW | 40 | 30 | | | almost Empty |
| 5 Northeast | 40 | 15 | | | 0 Candy |
| 4 NE | 40 | 21 | | | 2 Candy |
| 3 NE | 40 | 15 | | | 8 Candy |
| 2 NE | 40 | 40 | | | |
| 1 NE | 40 | 27 | | | 3 candy |

Pg 2 - Persons Bldg.
Product Cart 3pm

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| S Southeast | 40 | 16 | | Crackr Candy Gone | | | | | | |
| 4 8E | 40 | 23 | | " | | | | | | |
| 3 8E | 40 | 22 | | 80t/o expop cot | | | | | | |
| Dock | 40 | 17 | | | | | | | | |