**Mr. Ken Green, (Mr. Scott's BEP Representative**) was interviewed on Thursday, April 07, 2005 and stated he had been the complainant's BEP representative for about 10 years. He stated he **represents** 10 other blind vendors.

Regarding the complainant's annual performance appraisal, Mr. Green expressed that the complainant always had a very good appraisal. (OCR requested a copy of the complainant's last two appraisals). The complainant always performed his duties as required (before the "incident" of this complaint).

According to Mr. Green, the complainant has requested a parking space for approximately the last 10 years. In fact, there was an administrative hearing regarding this some years ago. (OCR asked that he send us a copy of the hearing).

Mr. Green stated the complainant requested a security swipe card several months ago. He said the building manager, Mr. Swearengin gave him a card. Mr. Green suspects that Mr. Swearengin forgot who he gave the card to and decided to cancel the card. He cancelled the card and the card no longer worked. When the complainant asked why the card no longer worked, Mr. Swearengin didn't recall ever giving the complainant a card. The complainant was told to go to the desk and request a swipe card and to return it after they have serviced their machines each day.

Now that the complainant [and his wife] are back working as blind vendors and the Gordon Person's State Office Building, how are they working out? Mr. Green stated that it took a couple of weeks for the complainant to get caught up, but that was expected. He knew of no problems at this time.

Mr. Green stated that the Coca Cola supervisor was responsible for refunding the building employees' money. The Coca Cola delivery person is very good at refunding patrons. The delivery person simply calls the person, ask them to fill out a form, and come to the loading dock for their refund.



*Division of Service*

*State of Alabama*
*Department of Finance*
*Gordon Persons Building*
*50 North Ripley St., Montgomery, Alabama 36130*
*(205) 242-8425*

DONALD S. DRABLOS
Chief of Service

JAMES (BUDDY) SWEARENGIN, JR.
Building Manager

# M E M O R A N D U M

TO:       Ken Green

FROM:   James Swearengin, Jr., Manager
            Gordon Persons Building

SUBJECT: Parking Problems

   I know that you are aware of the parking problem that I am having with Calvin and Gladys Scott. I have attached a copy of a letter that Mrs. Scott gave me.

   I, personally, am insulted with this letter. I have been more than fair with the Scotts about parking in the loading dock area. I have explained to yourself and the Scotts that this area is not a parking area, but for loading and unloading only. I have explained that I would allow them to park in the area under the security guards supervision. The Scotts have not been able to work under these conditions and are still insisting that I assign them special privileges for parking.

   The Scotts and my security guard have had words due to their not wanting to park where instructed. Mr. Calvin Scott has threatened Mr. Morris with bodily harm. I do take this type of threat seriously. Mr. Scott is of mature age to know better than to threaten someone with this type of threat.

   Their actions and continuous problems have put me in a position to take some type of action against this unstable matter. If something serious were to happen due to this above threat I would have known about the problem in advance and could be held responsible.

   I am now asking that the Scotts be reassigned another building to do their business in. The Gordon Persons Building is no longer going to be stable as long as they are entering the building.

   I thank you and your people for their good service in this building and hope that we can continue to work together in a friendly atmosphere.


JHS/ay

January 28, 1996

Gladys Scott
1689 Marler Road
Pike Road, Al 36064

TO: Mr. James Swearengin

I am writing you pertaining to our conversation on January 23, 1996 about the problem my husband (Calvin Scott), the blind vendor, and I are having from Fred Morris, the security guard.

My husband, Calvin Scott, asked you for a handicap parking space in the loading dock. Your answer was no, because God said there should be no respect of person, and if you do, you would be respecting person.

Behold, the Lord, our God, spoke these words:

1. "Ye shall do no unrighteous in judgement: thou shalt not respect the person of the poor, nor the mighty: but in **righteousness** shalt thou judge thy neighbour." (Lev. 19:15)

2. "Thou shalt not curse the deaf, nor put a stumbling block before the blind, but fear thy God: I am the Lord." (Lev. 19:14)

3. "Ye shall not respect persons in judgement; but ye shall hear the small as well as the great; ye shall not be afraid of the face of man; for the judgement is **God's**: and the cause that is too hard for you, bring it unto me, and I will hear it." (Deut. 1:17)

4. "**Cursed** be he that maketh the blind to wander out of the way and all the people shall say, Amen." (Deut. 27:18)

5. "**Cursed** be he that confirmeth NOT all the words of this law to do them, and all the people shall say, Amen." (Deut. 27:26)

6. "**Blessed** are they that hear the word of God, and keep it." (Luke 11:28)

In Christ (Gen. 2:24),

*Gladys Scott wife of Calvin Scott (Blind Vendor)*

Gladys Scott