February 15, 2005

*SENT VIA FACSIMILE & USPS*

Alabama Department of Rehabilitation Services
Attention: Mr. Ray Dennis
P.O. Box 11586
2129 E. South Blvd
Montgomery, Alabama 36111-0586
(334) 281-8780 office
(334) 613-2239 fax

Mr. Ray Dennis:
I received the second set of letters you sent via Federal Express on today February 15, 2005.

For the second time, you are totally incorrect and are out of compliance and in clear violation of Alabama State Code 1975 §§ 21-1-40 and 21-9-9; 20 U. S. C. § 107 et. Seq. along with the rules and regulations contained within the Blind Enterprise Program listed below:

**795-7-12-.01ER Review - General**
**795-7-12-.02ER Administrative Review**
**795-7-12-.03ER Conference with the Commissioner**
**795-7-12-.04ER Full Evidentiary Hearing**

In the United States of America the law of the land is that we all are **INNOCENT** until **PROVEN** guilty, and not the opposite of what you are dictating to me.

You have not complied with any of the above State Rules, Laws, or Regulations and are acting totally out of line and are not withholding your oath of office that you were sworn to uphold. As acting Director of the Business Enterprise Program along with your other representatives Kenneth Green and Perry Hopper are all supposed to be in a position of providing assistance to blind and other handicapped vendors and not in the position of choosing sides in times of disputes.

The BEP Program Directors and Representatives that are supposed to represent the blind and the handicapped vendors have clearly chosen sides long before the grievance process ever began. There are State of Alabama records that show that the very man you are upholding and defending, James (Buddy) Swearengin; has been written up for misconduct and abuse of power while working onsite at the Gordon Person's office building where I work. But yet you continue to conspire with him in threatening my job. This will not go unnoticed and everyone involved will be prosecuted to the fullest extent that the law allows.

This will be the last opportunity for you and the rest of your conspirators to come out of the shadows and stand face to face with me to resolve this issue before this is handed over to my attorney for legal action since you still did not set a date and time for my Administrative Review. Maybe you didn't set the date for this review because you have already decided it is simply a waste of time since your previous letter stated that you are already convinced that you will have no choice but to remove me from my location at the Gordon Person's building.

In closing, I am not alarmed nor am I surprised at your decisions since you all have been after my position at the Gordon Person's building for over 9 years now. You may think that you have ceased the right moment at the right time to finally succeed but as sure as there is a GOD in heaven you and your conspirators will not be victorious since GOD will have the last word on this issue.

Sincerely,


Calvin Scott, Sr.
Blind BEP Vendor

Cc:     Joe Helm
        Perry Hopper
        Ken Green
        Russell Steve Shivers