

STATE OF ALABAMA
# DEPARTMENT OF FINANCE
DIVISION OF SERVICES
425 South Union Street
Montgomery, Alabama 36130
Telephone (334) 242-2773
Fax (334) 240-3402

**BOB RILEY**
Governor

**JAMES ALLEN MAIN**
Director of Finance

**SEARCY M. RUSHING**
Chief of Services

February 25, 2005

Mr. Calvin Scott
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott:

As you are aware from previous letters and discussions, it is very important for you to abide by all rules and policies governing the actions and activities of vendors who do business within the Gordon Persons Building (GPB). These rules and policies are in place for the purpose of ensuring tenant safety and consistency of daily operations.

In reviewing correspondence you have had issues in the following areas:

- Cooperated with building management.
- Acceptance of GPB security protocol.

This kind of performance must be resolved. You must follow the rules and policies that are in place.

We value your service and our partnership with Alabama Rehabilitation Services. However, cooperation and compliance must be exhibited while you are in the GPB. When any situation occurs you are to meet with Mr. Swearingin and resolved the matter cordially and equitably. If any matter cannot be resolved in this manner, your affiliation with GPB will be terminated. You must comply with the rules and policies within GPB. Please schedule a meeting with your Business Enterprise Program Representative at once in order to replenish the vending machines that are under your concern.

Thank you for complying with the rules and policies that are in place within the GPB.

Mr. Calvin Scott
February 25, 2005
Page Two

Sincerely,

Searcy Rushing
Chief of Services

cc:   Mr. Andrew P. Hornsby
      Honorable Thad McClammy
      Mr. Ray Dennis
      Mr. James Swearengin
      Mr. Perry Hopper

February 28, 2005

**SENT VIA FACSIMILE & USPS**

Dear Searcy Rushing:

I, Calvin Scott, Sr. (Blind Vendor with Alabama State Rehabilitation Business Enterprise Program(BEP) for the Blind) along with my Assistant and Wife Mrs. Gladys Scott would like to thank you for asking us to meet with you in your office on this past Friday Feb. 25, 2005. This three hour long conference/meeting was productive and long overdue.

The results of this meeting was as follows:
- In this meeting you stated that you would resend the slanderous letter sent by James (Buddy) Swearengin which would allow me and my assistant / wife to continue to work and service the Gordon Person's State Office Building located at 50 Monroe St in Montgomery, Alabama 36104.
- You also stated that you had already notified Alabama Department of Rehabilitative Services(ADRS) Director Ray Dennis and his staff that I was to continue to be the only Blind Vendor servicing this building.
- You agreed to have a handicapped parking space in the loading dock specifically for me the Blind Vendor so that we can park safely and unload our stock for the machines.
- You agreed to work to acquire us an electronic access card(swipe card) so that we can access our vending machines regardless of where they may be located.
- You agreed to have one of our vending machines moved/relocated to an area better suited for business.
- You stated that if we were to have any additional trouble getting simple and reasonable requests such as those above resolved by Plant Supervisor James (Buddy) Swearengin or ADRS that we were to contact you directly for a resolution.
- Lastly, you requested that when we return to work on Monday Feb. 28th that we take some time to meet briefly with you and James (Buddy) Swearengin to review some of the items discussed above. At this point we told you we would have to decline because we have too much work to get our vending machines restocked since they have not been serviced since we were asked not to return to work in the Gordon Person's building over two weeks ago. You responded by stating that this was ok as long as we rescheduled this meeting another time once we were caught up on our work.

At the close of this three-hour long meeting you presented us with a letter that you had drafted and you then preceded to ask us to read it, agree to the terms stated in the letter, and then sign the letter. But because it was already late in the evening we declined to read it and sign it, so you gave us a copy to take with us and review over the weekend.

Once we arrived home my wife and I read over this letter once, then a second time for clarification. My wife/assistant and I were both in complete shock because this letter you presented to us did not in anyway reflect the items listed above and frankly speaking was quite condescending and accusatory.

Mr. Rushing, your letter was written in such a manner that it falsely portrays me and my assistant/wife as not cooperating with GPB building management and not complying with GPB security protocols. This couldn't be further from the truth!

During our three hour long face to face conversation we pointed out all of the discrepancies in the slanderous letter written by James (Buddy) Swearengin and we showed you documentation/paper work that clearly proves everything Mr. Swearengin had written was totally false. Yet your letter portrays me and my assistant/wife as being the cause of the problem when in fact your employee James (Buddy) Swearengin committed slander, libel, and defamation of character and that he is the cause of 100% of all of the problems we have experienced in the Gordon Person's Building for the past nine years.

My assistant/wife and myself strongly feel that in order for these types of problems to cease, James (Buddy) Swearengin must resign from his position as Plant Supervisor immediately.
Mr. Swearengin has continually abused his position of power and he lacks the proper diversity training necessary to be able to work with and assist blind and handicapped workers in any capacity. Mr. Swearengin's response to any of our simple requests has always been "if you don't like it, get out of my building". This clearly shows Mr. Swearengin's lack of sensitivity towards blind/handicapped workers and should not be tolerated in any capacity of Alabama State Government.

However, if you choose to not discipline James (Buddy) Swearengin it is well within your power to choose not to. But Mr. Swearengin needs to be properly informed in writing about all of the following items:
- Informed of all of the items listed in paragraph two of this letter that was discussed during our conference on this past Friday Feb. 25th
- Informed that neither I nor my assistant/wife works for or under him
- Informed that he is neither our manager nor our boss.

In closing, we will continue to work with and cooperate as we have always done with building and security management at the Gordon Person's office building. But going forward while we are working in the Gordon Person's office building we will only correspond with Mr. Swearengin in writing and through our BEP representatives in writing so that there will be no confusion.

Thank you for your prompt attention to this urgent matter and I look forward to speaking with you again very soon when we return to work on Monday February 28, 2005. If you need further information or need to contact me I can be reached at (334) 272-2657(phone/fax) and (334) 220-5234 cellular.

Sincerely,
Calvin Scott, Sr.
Blind BEP Vendor


Cc   Jim Main, Finance Director
     Andrew P. Hornsby, Asst Finance Director
     Honorable Thad McClammy
     Ray Dennis (ADRS)
     Perry Hopper (ADRS)
     James (Buddy) Swearengin



STATE OF ALABAMA
# DEPARTMENT OF FINANCE
## DIVISION OF SERVICES
425 South Union Street
Montgomery, Alabama 36130
Telephone (334) 242-2773
Fax (334) 240-3402

**BOB RILEY**
Governor

**JAMES ALLEN MAIN**
Director of Finance

**SEARCY M. RUSHING**
Chief of Services

February 28, 2005

Mr. Calvin Scott, Sr.
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott:

Reference is made to the February 25, 2005, meeting in which we discussed working together with Gordon Persons Building management and staff in the carrying out of your vendor responsibilities.

This letter will acknowledge that the meeting was cordial, informative and very productive. The meeting yielded the following results:

- The return of your assistant/wife to the GPB.
- A path toward clear and open dialog between GPB Management, BEP Vendor and BEP Vendor Representative.
- Redefined parking location.
- The relocation of cafeteria snack machine.
- Working to secure access card to vending machines located in secured areas.

This office has exhibited actions that have served to satisfy those issues raised in correspondence and meetings. Now, you and your assistant are able to continue in your service to the State of Alabama.

Thank you for the service you are providing.

Sincerely,

Searcy Rushing
Chief of Services

cc:   Mr. Andrew Hornsby
      Honorable Thad McClammy
      Mr. Ray Dennis
      Mr. Perry Hopper
      Mr. James (Buddy) Swearengin



Alabama Department of
# REHABILITATION SERVICES



**Bob Riley**
GOVERNOR

**Steve Shivers**
COMMISSIONER

March 2, 2005

Calvin Scott
1416 Marler Road
Pike Road, AL 36062

Mr. Scott:

Mrs. Gladys Scott is approved by the Business Enterprise Program to serve as your driver/assistant at your vending facility housed in the Gordon Persons Building.

Please initiate service today.

Sincerely,

Ray Dennis, Director
Business Enterprise Program

*PROVIDING SERVICES TO ALABAMIANS WITH DISABILITIES*
P.O. Box 11586 ■ 2129 E. South Blvd. ■ Montgomery, AL 36111-0586 ■ 334-281-8780 ■ 1-800-441-7607
Fax: 334-613-2239 ■ www.rehab.state.al.us

I, Ken Green, have received card key number 32213, for vendor related purposes, to be assigned to the Rehabilitative Services employees servicing our machines in the Gordon Persons Building.

Signed: _____    Date 3/2/05