**LSC**



**Legal Services Corporation**
America's Partner for Equal Justice

*copy*

March 3, 2005

167425

Mr. Calvin Scott, Sr.
Blind Vendor, Gordon Person's State Office
1416 Marler Road
Pike Road, AL  36064

**President**
Helaine M. Barnett

**Board of Directors**
Frank B. Strickland
Atlanta, GA
Chairman

Lillian R. BeVier
Charlottesville, VA
Vice Chair

Robert J. Dieter
Boulder, CO

Thomas A. Fuentes
Lake Forest, CA

Herbert S. Garten
Baltimore, MD

David Hall
Boston, MA

Michael D. McKay
Seattle, WA

Thomas R. Meites
Chicago, IL

Maria Luisa Mercado
Galveston, TX

Florentino A. Subia
El Paso, TX

Ernestine P. Watlington
Harrisburg, PA

Dear Mr. Scott:

**Your letter to the Vice President has been referred to the Legal Services Corporation (LSC) for review.** In your letter you indicate that you are seeking legal assistance. LSC is a non-profit, federally funded corporation that provides grants to more than 170 legal services programs around the nation for the purpose of providing civil legal assistance to low-income persons. LSC is prohibited from providing direct legal assistance; however, LSC's grantee in your county may be able to provide you with some assistance. For further information, please contact:

> **Legal Services Alabama, Inc.**
> **207 Montgomery Street, Suite 1200**
> **500 Bell Building**
> **Montgomery, AL  36104-3534**
> **Tel. (334) 264-1471**
> **Fax (334) 264-1474**

To qualify for free legal assistance from this program, you must not exceed the program's qualifying limitation on income and assets. Furthermore, the program can only accept cases that fall within its case priorities. In addition, a legal services program is restricted in the ways in which it can represent clients. For example, it may not handle any criminal cases, represent prisoners, or provide assistance in fee-generating cases. **Please contact your local program directly to find out if you meet the eligibility guidelines and if your legal problem is among the program's priorities for services. Further, if your local program is unable to help you, they may be able to suggest other useful resources in your area.**

Sincerely,

*Constance Clarke*
Constance C. Clarke
Office of Governmental Relations/Public Affairs

CC: White House

3333 K Street, NW 3rd Floor
Washington, DC  20007-3522
Phone 202.295.1500  Fax 202.337.6797
www.lsc.gov



OFFICE OF THE VICE PRESIDENT

WASHINGTON

March 1, 2005

Mr. Calvin Scott
1416 Marler Road
Pike Road, Alabama 36064-3814

Dear Mr. Scott:

Thank you for contacting Vice President Cheney for assistance in dealing with an agency of the Federal government. The Vice President has asked me to respond.

We are forwarding your matter to the Legal Services Corporation. That agency will review the facts and either start a case, reopen your old case, or explain their previous decision on your former case, as applicable. We have requested that they respond directly to you with a copy to us for our files, and we expect this to be done at the earliest possible opportunity.

Thank you for contacting the Vice President. Best wishes.

Sincerely,

Cecelia Boyer
Special Assistant to the Vice President
   for Correspondence

cc: Agency