Calvin Scott, Sr.
1416 Marler Road
Pike Road, Alabama 36064


To:  The United States Federal Court

I Calvin Scott, Sr. am a Blind Vendor with the Alabama State Rehabilitations Business Enterprise Program (BEP) for the blind in Montgomery, Alabama. I have been a blind vendor in good standing in the program for the past 29 years.

My assigned work facility is the Gordon Person's State office Building located at 50 Monroe St in Montgomery, Alabama 36104. I have performed outstanding vendor services in the Gordon Person's State Office Building for the past 9 years of my 29 year career in this business.

Several months ago in the year 2004, I had problems getting to one of my snack machines because the area where the machine is located had been locked.  I phoned my representative, Ken Green, and told him about this problem. Ken Green phoned me back and told me I would have to go to the building manager, James Swearengin, Jr., to get a key. I explained to Ken Green that I am the permanent vendor in the building and I should have a swipe key like all the other employees. I also explained to Ken Green that with him being my representative, he should see that I have a swipe key.

A few days later, Ken Green phoned and told me that he had worked it out.  Ken Green said I could get a permanent key and told me to go to James Swearengin's office and pick up the key.

I went to the building manager's office (James Swearengin, Jr.) office and was given a swipe key. James Swearengin, Jr. told me to keep up with the swipe key and not to loose it because it would cost me to replace it.

On January 27, 2005, the swipe key would no longer unlock the door where my snack machine was located.  On January 31, 2005, my assistant (and wife Gladys Scott) told James Swearengin, Jr. (the building manager) that the swipe key would no longer unlock the door where my snack machine was located on the fourth floor of the building. James Swearengin's response to my wife at this time was that the key she has is only for vendors to pickup in his office and return when they are finished.

James Swearengin, Jr. then says to my wife "who gave you this swipe key? Did Carol (Swearengin's Secretary) give you this key?" My wife answered, no you gave it to me and you told us to keep up with it and not to loose it because it costs money to replace it. James Swearengin, Jr. then says "I don't recall giving you a key." My wife responded, "yes, you did and you told us to keep up with it, not to loose it, because it costs to replace it. My wife repeats to him again "yes you did", then James Swearengin tells my wife "well, I changed my mind", James then goes on to say "you don't work for the State of Alabama and you all are self-employed." My wife said to James "my husband Calvin Scott, Sr. is employed through the State Rehabilitation Business Enterprise Program for the Blind. James Swearengin, Jr. repeated again "I changed my mind", then he took the swipe key from my assistant/wife Gladys Scott.

I, Calvin Scott, Sr. and my assistant/wife Gladys Scott conferenced with Ray Dennis (BEP Director) and my representative Ken Green on January 31, 2005. In this conference we told them about James Swearengin, Jr. (the Gordon Person's Building Manager) taking the swipe key from us.

I also stated to Ray Dennis and Ken Green that I am the permanent vendor in the building and I should have a swipe key just like all the other State of Alabama employees. I asked Ray Dennis and Ken Green for three requests during this conference. The three requests were:
1. Acquire us a permanent swipe key
2. Acquire us a parking space in the loading dock for me (the blind vendor) because we have trouble parking in the loading dock and have been harassed by the security guards for all of the nine years I have worked there.
3. Remove/relocate the snack machine from the restaurant area to the hallway because it is out of the eye of the customers. Because when the restaurant is closed no one can utilize and make purchases from our vending machine.

The results of this conference with Ray Dennis (BEP Director) and Ken Green my representative on January 31, 2005 I received from Perry Hopper (Assistant BEP Director) and Ken Green on February 9, 2005.

TELEPHONE CONVERSATION FEB. 9, 2005 WITH PERRY HOPPER & KEN GREEN

Ken Green (my BEP Representative) and Perry Hopper (assistant Director BEP) phoned me on February 9, 2005. During this phone call we asked them did they contact James Swearengin, Jr. (building manager) to see if he would grant us our three requests. Perry Hopper state that James Swearengin, Jr. had written Ken Green a letter on Monday February 7, 2005 stating that the Scott's (meaning my wife/assistant and I) could no longer be the vendor at the Gordon Person's Building. Perry Hopper then said to my wife/assistant Gladys that they had to beg James Swearengin, Jr. for Calvin to keep his job. He then stated that my wife/assistant Gladys could no longer work with me. Perry Hopper stated that Calvin has three days to find himself a new driver and assistant. James Swearengin, Jr. said that my wife/assistant Gladys has only three more days to work with me and after that she was no longer allowed in the Gordon Person's Office building. My wife then asked Perry Hopper why is this? She continued by asking why are you all (Perry Hopper, Ken Green, and Ray Dennis) allowing this to happen, all because we asked for three simple and reasonable requests?

Perry Hopper then says Gladys you have been breaking building management rules by leading Calvin into secure areas without a swipe key, and that you had a gun in the building. Perry Hopper says that you can no longer work with or assist Calvin in order for him to keep his job at the Gordon Person's office building. I stated to Perry Hopper that we had a swipe key and Ken Green told us it was a permanent swipe key for us to keep. But on January 27, 2005 the swipe key would no longer unlock the door and we could not get into the area to service our snack machine.

My wife/assistant and I have not broken any building rules nor have we ever had a gun in the State Office building. My wife stated to Perry Hopper and Ken Green on the phone that it appears that he, Perry Hopper, and Ray Dennis collaborated with James Swearengin, Jr. to create these lies that are now being told and are using them to run us out of the Gordon Person's office building. She then told them that they are doing this all because they do not like us and that they are mad about us asking them for the following three requests:
1. Acquire us a permanent swipe key
2. Acquire us a parking space in the loading dock for me (the blind vendor) because we have trouble parking in the loading dock and have been harassed by the security guards for all of the nine years I have worked there.
3. Remove/relocate the snack machine from the restaurant area to the hallway because it is out of the eye of the customers. Because when the restaurant is closed no one can utilize and make purchases from our vending machine.

My wife then says to Perry Hopper and Ken Green that Calvin asked his advocates(BEP) to bring him back a fish and all they did was bring him back a serpent, and this is shameful. Perry Hopper stated to my wife/assistant Gladys, well James Swearengin, Jr. is

3

giving you three days to work with Calvin at the building and Friday February 11, 2005 will be your last day. Mr. Swearengin no longer wants you in the building.

Perry Hopper stated to my wife and I that he (Perry Hopper) would be mailing Calvin three letters to followup on the decisions that they all (Perry Hopper, Ray Dennis, and James Swearengin, Jr.) have agreed to.

On February 11, 2005 FEDEX delivered the mail to our home and I sat listening as my wife read the letters. James Swearengin, Jr.'s letter is full of terrible lies about me and my wife/assistant Gladys.

I, Calvin Scott, Sr. felt emotionally drained, grieved, oppressed, abused, and over burdened that my advocates (BEP) have turned out to be my greatest adversaries. This was all done because they did not want to accommodate by making my workplace convenient for me to operate within.

I am really hurt that BEP has caused me these problems. Ray Dennis (BEP Director) inventoried me out of the program on February 23, 2005 because I could not get anyone else to drive me to work nor to assist me with servicing my snack machines. It is very apparent to me now that Ray Dennis (BEP Director) had all intentions of eliminating me from the BEP program by not allowing my wife/assistant to work with me in the Gordon Person's office building. They all knew that my wife has assisted me for all of the 29 years I have worked in the program and they saw an opportunity to finally push me out of the program.

Enclosed are the terrible letters I received from the BEP Director Ray Dennis including the letter that James Swearengin, Jr. had written to Ken Green demanding that we be removed from the Gordon Person's office building on February 7, 2005.

Federal Court, I and my assistant/wife Gladys Scott is pleading with the court to punish the BEP Director and my representatives for all the pain, harm, and financial losses that have occurred because of their decisions that are clearly in violation of both State and Federal Title I, II and 504 laws protecting citizens and workers with diabilities.

Sincerely,

*Calvin Scott Sr.* *Dec. 19, 2005*

Calvin Scott, Sr.

October 23, 2005

To:    U.S. Department of Education Secretary
From: Calvin Scott, Sr. (Blind BEP Vendor)

Re:    Civil Lawsuit Status

Dear U.S. Department of Education Secretary Margaret Spellings:

I, Calvin Scott, Sr., am a Blind Vendor with Alabama State Rehabilitation Business
Enterprise Program(BEP) for the Blind in Montgomery, Alabama. I have been a blind
vendor in good standing in this program for the past 30 years.

My assigned work facility is the Gordon Person's State Office Building located at 50
Monroe St in Montgomery, Alabama 36104. I have performed outstanding vendor
services in the Gordon Person's State Office Building for the past 10 years of my 30-year
career in this business.

In February 2005 the State of Alabama Department of Finance building manager along
with my Business Enterprise Program Director and Representatives collaborated against
me in an effort to take my job, however, in their haste they violated Federal and State
Laws of Title I of the Americans with Disabilities Act (ADA), Title II, Title 504, and
Alabama State Code 1975 §§ 21-1-40, 21-9-1 and 21-9-9; 20 U. S. C. § 107 et. Seq and
committed libel, slander, and defamation of character.

On February 24, 2005 I was fired and inventoried out of the B.E.P. for the Blind without
any hearings nor a Full Evidentiary Hearing as required by State and Federal Laws.

I immediately contacted the U. S. Department of Education Office for Civil Rights and
provided full details of what had transpired and after a thorough investigation the
Department of Education Office for Civil Rights provided me with their findings as well
as supporting documentation that I acquired through the Freedom of Information Act.
The letter I received from the Department of Education Office of Civil Rights in June
2005 stated that I as the complainant may file a private civil lawsuit pursuant to Section
203 of the Americans with Disabilities Act whether or not OCR finds violations of Title
II.

My numerous attempts to retain an attorney that wasn't afraid of filing suit against the
State of Alabama failed, so this left me no choice but to take matters into my own hands
by filing my own civil lawsuit on July 14, 2005.

After I had written several letters to Federal and State governmental leaders, about 30
days after they fired me the Alabama Department of Rehabilitative Services along with
the State of Alabama Department of Finance was forced to reinstate me back into the
B.E.P with my same building assignment.

My first civil court appearance was short lived because Judge Charles Coody stated that I must follow the rules of the Randolph Sheppard Act which stated that I must exhaust every attempt to mediate through the system up to and including a Full Evidentiary Hearing before I could seek relief in the Civil Court system. He ordered that the Full Evidentiary Hearing be held within 20 days and that the results of the hearing be reported back to him when complete.

On Oct 6, 2005 the Full Evidentiary Hearing was held at the order of Judge Charles Coody and was mediated by hearing officer Frank S. James, III. In this hearing I provided page after page of documentation fully implicating each of the defendants from the State of Alabama Department of Rehabilitative Services and the Department of Finance State office building manager. I even provided documentation that the same defendants had tried this slanderous tactic before back in 1996. The defendant's lawyers had no defense against all of the written documentation I provided and my case was solid.

However, in the end the hearing officer Frank S. James, III failed to provide me with the justice I was due and he also failed to fully document the hearing and intentionally left out key points of information in an effort to side with the defendants.

After doing more research I was told that my next step in this civil lawsuit pursuit would be to contact the U.S. Dept of Education Secretary.

In closing, please advise me as to what my next steps will be in this process. I pray that the U.S. Dept of Education will provide me with the justice that I have earned and deserve.

Thank you for your time and I look forward to hearing from you soon regarding this important matter.


Sincerely,
Calvin Scott, Sr.
Blind Enterprise Vendor (BEP)
Gordon Person's State Office Building

Mailing Address:
1416 Marler Road
Pike Road, Alabama 36064
(334) 272-2657



## UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, DC 20202-_____

November 8, 2005

Mr. Calvin Scott, Sr.
Blind Enterprise Vendor (BEP)
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott:

I am writing in response to your October 23, 2005, letter to Secretary Margaret Spellings in the U.S. Department of Education (Department), which was forwarded to the Office for Civil Rights (OCR), for reply. In your letter, you alleged that your employer discriminated against you because of your disability. You also alleged you filed a complaint with OCR and then filed a civil suit against your employer. You claimed you were informed that you should contact Secretary Spellings for further assistance, as you did not feel the results of the civil suit were just.

I have forwarded your correspondence to the Office of Special Education and Rehabilitative Services (OSERS) for review. That office may be able to assist you further with this matter. You may contact that office directly at the following mailing address or telephone number:

> Rehabilitation Services Administration
> 400 Maryland Ave, SW
> Washington, DC 20202-7100
>
> Phone: (202) 245-7488

I hope the information provided is of assistance to you.

Sincerely,

David D. Gersten
Team Leader
Customer Service Team
Office for Civil Rights

CC: Rehabilitative Services Administration

Our mission is to ensure equal access to education and to promote educational excellence throughout the nation.

*Division*
*of*
*Service*

*State of Alabama*
*Department of Finance*
*Gordon Persons Building*
*50 North Ripley St., Montgomery, Alabama 36130*
*(205) 242-8425*

**DONALD S. DRABLOS**
Chief of Service

**JAMES (BUDDY) SWEARENGIN, JR.**
Building Manager

# M E M O R A N D U M

**TO:**      Ken Green

**FROM:**    James Swearengin, Jr., Manager
             Gordon Persons Building

**SUBJECT:**  Parking Problems

I know that you are aware of the parking problem that I am having with Calvin and Gladys Scott. I have attached a copy of a letter that Mrs. Scott gave me.

I, personally, am insulted with this letter. I have been more than fair with the Scotts about parking in the loading dock area. I have explained to yourself and the Scotts that this area is not a parking area, but for loading and unloading only. I have explained that I would allow them to park in the area under the security guards supervision. The Scotts have not been able to work under these conditions and are still insisting that I assign them special privileges for parking.

The Scotts and my security guard have had words due to their not wanting to park where instructed. Mr. Calvin Scott has threatened Mr. Morris with bodily harm. I do take this type of threat seriously. Mr. Scott is of mature age to know better than to threaten someone with this type of threat.

Their actions and continuous problems have put me in a position to take some type of action against this unstable matter. If something serious were to happen due to this above threat I would have known about the problem in advance and could be held responsible.

I am now asking that the Scotts be reassigned another building to do their business in. The Gordon Persons Building is no longer going to be stable as long as they are entering the building.

I thank you and your people for their good service in this building and hope that we can continue to work together in a friendly atmosphere.

JHS/ay

January 28, 1996

Gladys Scott
1689 Marler Road
Pike Road, Al  36064

TO:  Mr. James Swearengin

I am writing you pertaining to our conversation on January 23, 1996 about the problem my husband (Calvin Scott), the blind vendor, and I are having from Fred Morris, the security guard.

My husband, Calvin Scott, asked you for a handicap parking space in the loading dock. Your answer was no, because God said there should be no respect of person, and if you do, you would be respecting person.

Behold, the Lord, our God, spoke these words:

1. "Ye shall do no unrighteous in judgement:  thou shalt not respect the person of the poor, nor the mighty:  but in __righteousness__ shalt thou judge thy neighbour." (Lev. 19:15)

2. "Thou shalt not curse the deaf, nor put a stumbling block before the blind, but fear thy God:  I am the Lord." (Lev. 19:14)

3. "Ye shall not respect persons in judgement; but ye shall hear the small as well as the great; ye shall not be afraid of the face of man; for the judgement is __God's__:  and the cause that is too hard for you, bring it unto me, and I will hear it." (Deut. 1:17)

4. "__Cursed__ be he that maketh the blind to wander out of the way and all the people shall say, Amen." (Deut. 27:18)

5. "__Cursed__ be he that confirmeth NOT all the words of this law to do them, and all the people shall say, Amen." (Deut. 27:26)

6. "__Blessed__ are they that hear the word of God, and keep it." (Luke 11:28)

In Christ (Gen. 2:24),

*Gladys Scott wife of Calvin Scott (Blind Vendor)*

Gladys Scott

**TO:**      Mr. Steve Shivers

**RE:**      Documental Evaluation of Grantors Demand for Removal of Vendor

**FROM:**    Ray Dennis and Perry Hopper

### TIMELINE OF CORRESPONDENCE REGARDING CALVIN SCOTT

| | |
|---|---|
| 2/7/05 | Letter received requesting the removal of Blind Vendor, Calvin Scott, and his assistant/wife, Gladys Scott from Building Manager, James "Buddy" Swearengin. |
| 2/9/05 | Ray Dennis and Perry Hopper meet with Mr. Swearengin and reach agreement for vendor Scott to retain his job. |
| 2/9/05 | Terms of requirements/changes for Mr. Scott to continue as vendor communicated in writing to Mr. Swearengin. |
| 2/9/05 | Terms of requirements/changes for vendor to retain his job communicated in writing to Mr. Scott. |
| 2/9/05 | Ken Green and Perry Hopper talk to Scotts by phone and explain requirements/changes for vendor to retain his job. |
| 2/10/05 | Call received from Debby McBride from Congressman Mike Rogers's office by Perry Hopper. |
| 2/11/05 | Fax with letter to Congressman Rogers from Calvin Scott received by BEP office. |
| 2/11/05 | Correspondence with cover sheet explanation by FedEx to Debby McBride with Congressman Rogers Office. |
| 2/14/05 | Fax of letter to Ray Dennis received by BEP office. |
| 2/14/05 | Letter of appeal to "save" his assigned facility sent FedEx to Mr. Scott. |
| 2/14-2/17 | Low product levels indicate that no service has occurred this week (photo documentation available). |

Attachments

02/17/2005

February 10, 2005

Dear President George Bush:

I, Calvin Scott, Sr., am a Blind Vendor with Alabama State Rehabilitation Business Enterprise Program(BEP) for the Blind in Montgomery, Alabama. I have been a blind vendor in good standing in this program for the past 29 years.

My assigned work facility is the Gordon Person's State Office Building located at 50 Monroe St in Montgomery, Alabama 36104. I have performed outstanding vendor services in the Gordon Person's State Office Building for the past 9 years of my 29 year career in this business.

Just recently I arrived for work at my assigned building and discovered that the State office building manager had installed electronic card readers on doors that I could not enter because I was not assigned a permanent id card with access to one of my work areas.

When I requested to be granted the same access as any other state employee who works in the same building I was denied access.

This is clearly in violation of Federal Law. Title I of the Americans with Disabilities Act (ADA) requires an employer with 15 or more employees to provide reasonable accommodation for individuals with disabilities, unless it would cause undue hardship. A reasonable accommodation is any change in the work environment or in the way a job is performed that enables a person with a disability to enjoy equal employment opportunities.

Furthermore, when I requested assistance from my Blind Enterprise Program representative regarding this act of discrimination I received unsatisfactory results that severely limit my ability to perform my work in my assigned building.

Decisions were made without my knowledge or consent by the Blind Enterprise Program representatives (Director and Assistant Director), the program commissioner, and the State Office Building manager that also are in clear violation of Alabama State Code 1975 §§ 21-1-40 and 21-9-9; 20 U. S. C. § 107 et. Seq.

All of the rules and regulations in the Blind Enterprise Program fall under the above Alabama State Code, Title I of the Americans with Disabilities Act (ADA) , and includes the following taken directly out of the regulation handbook:

**795-7-12-.01ER Review - General**
**795-7-12-.02ER Administrative Review**
**795-7-12-.03ER Conference with the Commissioner**
**795-7-12-.04ER Full Evidentiary Hearing**

None of the above State Rules, Laws, or Regulations were adhered to. The same State Rules, Laws, and Regulations require that the above steps and/or processes be followed to the letter before any decisions affecting my work environment under this program can be made.

Therefore, I am requesting emergency assistance from President George Bush to intervene and force the Blind Enterprise Program (BEP) and it's representatives (Director and Assistant Director), the program commissioner, and the State Office Building manager to cease and assist from making any life changing decisions without my consent and for them to follow the State and Federal Laws currently in place. All of those involved are also violating their individual oaths of office that they are sworn to uphold.

Additionally, I have already filed a complaint with the United States Department of Education Office for Civil Rights, but this could take several weeks if not months for them to get fully involved in this case.

The decisions that were made on Feb. 9, 2005 without my knowledge or consent by the Blind Enterprise Program representatives (Director and Assistant Director), the program commissioner, and the State Office Building manager that also are in clear violation of Alabama State Code 1975 §§ 21-1-40 and 21-9-9; 20 U. S. C. § 107 et. Seq. will ultimately force me out of this vending business within the next 15 days and I need immediate assistance from President Bush to prevent this happening.

In closing, please contact me immediately at (334) 272-2657 so that I may conference with you to discuss this matter in more detail and so that I may continue to work and support my family and myself. I look forward to hearing from you very soon.

Sincerely,
Calvin Scott, Sr.
Blind Enterprise Vendor (BEP)
Gordon Person's State Office Building

Mailing Address:
1416 Marler Road
Pike Road, Alabama 36064
(334) 272-2657

February 17, 2005

## SENT VIA FACSIMILE & USPS

James Allen Main; Director of Finance
and Internal Affairs
Alabama State Capitol
600 Dexter Avenue - Suite N-105
Montgomery, Alabama 36130

RE: Request for Job Resignation

Director James Allen Main:

I, Calvin Scott, Sr., am a Blind Vendor with Alabama State Rehabilitation Business Enterprise Program(BEP) for the Blind in Montgomery, Alabama. I have been a blind vendor in good standing in this program for the past 29 years.

My assigned work facility is the Gordon Person's State Office Building located at 50 Monroe St in Montgomery, Alabama 36104. I have performed outstanding vendor services in the Gordon Person's State Office Building for the past 9 years of my 29-year career in this business.

Out of the 9 years that myself and my assistant/wife has worked at the Gordon Person's State Office building we have endured being disrespected, humiliated, intimidated, discriminated against, threatened, and just out slandered by your Plant Maintenance Supervisor James (Buddy) Swearengin.

Most recently on Feb. 7, 2005 your Plant Maintenance Supervisor James (Buddy) Swearengin drafted a letter full of lies and contempt in an effort to cause me, a blind-vendor, to loose my job in the Gordon Person's office building. This act alone demonstrates Mr. Swearengin's abuse of power and also violates Alabama State Code 1975 §§ 21-1-40 and 21-9-9; 20 U. S. C. § 107 et. Seq

Furthermore, when your Plant Maintenance Supervisor James (Buddy) Swearengin declined to give me card access to my snack machines that I support he also violated Federal Law Title I of the Americans with Disabilities Act (ADA) which requires an employer with 15 or more employees to provide reasonable accommodation for individuals with disabilities, unless it would cause undue hardship. A reasonable accommodation is any change in the work environment or in the way a job is performed that enables a person with a disability to enjoy equal employment opportunities.

Mr. Swearengin has disrespected me and my wife on numerous occasions over the past 9 years, most of which were brought to my Department of Rehabilitation representatives attention, but yet James (Buddy) Swearengin has continued to be disrespectful, most uncooperative, and slanderous. Mr. Swearengin's lack of professionalism and disrespect will not be tolerated by myself or my wife/assistant, nor should it be tolerated by anyone else.

Therefore, I believe with all my heart that it would be in the best interest of all of those involved for you to request that your Plant Maintenance Supervisor James (Buddy) Swearengin resign immediately from his position of power as Plant Maintenance Supervisor. Mr. Swearengin's constant abuse of power and violation of both Federal and State laws protecting handicapped and disabled workers demonstrates his lack of professionalism and respect for the law and should not go unpunished.

● Page 2

Thank you for your prompt attention to this urgent matter and I look forward to hearing from you soon. If you need further information I can be reached at (334) 272-2657 via phone and/or fax at the same number.

Sincerely,
Calvin Scott, Sr.
Blind BEP Vendor


To Whom It May Concern:

The allegations written by James (Buddy) Swearengin are unfounded, false, and untrue.

On January 31, 2005 I asked BEP Director Ray Dennis and my BEP Representative Kenneth Green to assist me with acquiring the following three items from Plant Maintenance Supervisor James (Buddy) Swearengin :

1. a permanent electronic access card(swipe card)
2. removal and relocation of one snack machine to a better location
3. a handicapped parking space for the Blind Vendor

But to my surprise my BEP Assistant Director Perry Hopper and my BEP Representative Kenneth Green returned with an outrageous letter full of lies and contempt from the building Plant Supervisor James (Buddy) Swearengin which basically is another attempt to cause me to loose my position as a blind vendor in the Gordon Person's State Office Building.

Yours truly,
Calvin Scott, Sr.
Blind BEP Vendor
(334) 272-2657


● Page 3

# CALVIN SCOTT

# SNACK REFUND 2003

2-1-03
Val Gerbers —
2-1413
.50¢
— Owes me $1.50
Eula
242-1423

Cuttie Boykin
90
Rite Way

Lost  45 ¢        12/1/03

Trish Harbin

353 - 4901

Already
Opened.
Please refund?
.45 ¢
Janie
Rm 2105
242-9432

Lost 60¢ in machine        12/1/03

Vanessa Reed
2-9924

This machine
owes me
60 ¢.
S. Berlin
EBT
242-1723

Total
4.00

# CaIViN ScoTt 3

# SNACK REFUND 2003

This machine took
2 quarters = 1 heard
1 fall 2 + 5 can
see the other one
which is stuck.
owe me 50¢
Shelby Garret
3rd floor
Rm 3339
phone 353-5904

Bob GARZA
60¢
Room 3143
242-1240

Luth Clayton
2-1346

Owe .45
paid
3-14-03 Rm. 4309

This Machine
owes me
$1.00. Items
would not fall.
353-8130
2-11

Total 3.35

quick

Lost 60¢

Jean Gadson
Rm - 1315
2-8540

# CALVIN SCOTT
# SNACK REFUND 2003
4

- Amilleya McKinney
- 242-1420
- Room # 4134
- Cinnamon Roll got
- Stuck in Machine
- $.65

3/13/03

Lost 60¢

Lois McCrackin
242-9542

Martha
65¢
Room 4116
242-1089

Madeline
Murray
: 353-5651
25¢

OWE DATA ENTRY
D Coleman
Rm 1317   60¢ 28540
JUANITA
$1.20
2-1340

Telephone & Speia
3/14/03
.25¢
AL 3-14-03

Daphne Hawkins
60¢ Revenue
Information
Processing 353-5363

Lorri Cottle
owe 1.05
Rm. 4304
2-1344

Total 5.75

# CalVin Scott

# SnacK REFUND 2003

5

Christine McCaw
25287
RM 1131
Print Shop
.45¢

2/18/03

Cladine owes me 45¢

Debra
Room – 5th Floor – 5354
2-8241

Nunciata James
2-9334
50¢

pick 1-29-03

Idea
1-8-03        12/12/02

Took 1.00 bill
No item and
No change.

Bernita
Collections
Room 3143
242-1236 / 242-1239

Jackie Yung
- 242-8540
- Lost 1.20

Lausane  Rm
55¢    2342

Total
4.15

# Calvin Scott    6

# Snack Refund 2003

Owes 60¢
Carol Mosley
RM #2142
3-1376

---

Charity Daniels
55¢
242-1859
Room 3114
3/10/03

---

This machine
owes me $1.00
Janis McDonald
Rm 4303

---

Machine took 1.50 from
Me. Robyn Brookins
242-1551

Ciril Right and E.E.
/ Jackie Young
242-8540
60¢

This machine owes me
50¢ Beverly 2-9426

Willie McDuffy
242-1581
$.45
Rm 4134

Cindy Wylit
242-9236   60¢

---

Sonjia McCain
2-1243
$1.00 lost

Mary Nell Shaw
lost 45¢
in machine
2-9957

Total
7.35

# Calvin Scott

1

# SNACK REFUND 2003

This machine owes Patricia Carroll 45 cents.
Rm # 1131
Phone - 242-5287 or 242-5288
Dept - Print Shop

5-1-03

This machine owes me 20¢

GABRIELE WEBSTER

242-1631
Room 4303

Elaine White↑
50¢
Rm 4326
242-1302
~~Room 4326 4309~~

Toleesha Robinson
~~$1.20~~
60¢
242-9246

JoAnn Ledbetter
lost 60¢
2-1201
Rm 4341

DeShawn Brown
45¢
4219
3-9449

08/14/03
Leslie Michaud
60¢
4303   242-1572

Total
4.00

# SNACK REFUND 2003

Sugar Adams
242-9075
60'
5/6/03

Lost 1.00    paid
9/9/03         9-10-03
Leave with
Geraldine Daniels
Rollway 242-8773
For H Brown

Helen Jaylor
lost .45
Rm. 4134 (phone
353-8407
Thanks cubs would
not fall (52)

Kathryn Robinson
$.60   (cookies stuck)
Room 5201
242-9977                7/8/03

## Lost $1.00
Hannis Roberts
Rm. 5351
242-8208   paid
4-4-03

Lavon
.45¢
Rm 4116
242-1063

S. PROVO
60¢
2-9051
RM 1223

Machine owes
Two hundred
70¢
353-9416

Machine
owes
Carmen
Mills
45¢

Kenneth
353-8866   Rm
Lost $1.00  1238

Total
6.85

CALVIN SCOTT

# SNACK REFUND 2003

LOST OUR OUR
number 162
Josh Stokes
242-9096

Zithromax
(AZITHROMYCIN) 500 mg Tablets
TRI-PAK

Sharon Elston
Room 3201
242-9200

50¢

Steve Cizek 3/27/03
Rm 3201
50¢

Pearl Lewis
Room 1317
Lost .60
242-8575

paid
3-25
03

Kim Gunn
Room 1317
Lost .60
242-8540

filed 3-25-03

F2 not working
properly pls leave
$1.20 in room 2104
Thanks
J. Hardy   242-1854
filed 3-10-03

JoAnn Ledbetter
$1.20
4341
242-1301
filed
3-14-03

This Machine owes
Angela Combie 60¢
242-1002
Room 4206

Total
5.80

# SNACK REFUND 2003

sharon Cunigan
.60¢
242-9900

Machias owes me 65¢

pound CAKE molded

Lorri Cottle
Room 4309
242-1349

Phone # Please
Lost .60 cents
in this Machine
on 8/23/03.
SDE accounting
Rm. 5136
Lynell Lambert

Lost $1.00 Bill
Voncille Pompey
Child Nutritions
242-8230
10/15/03

Ellen Duncan 10-24-03
Machine owe
me 65¢ from
D3. Rm. 5141
2-9914

OWES 10-6-03
Rhonda
Mills $1.20
2-8540
Room 1317

Total
4.70

# CALVIN SCOTT

## SNACK REFUND 2003

Harris $4.00
3-9 509
Collection

This machine owes me
15¢ ~~10¢~~ Michael Burns.
353-8377

Call
Lena
2-1036 45¢

VENDing machine owes Tony Lindsey $.25, change not returned on 5/1/03. Call 242-9259 or ~~353-8824~~ leave with Anyone in operational Division If Tony Not Available.

cookies got
stuck —
Has happened
4 times
now

Wanda Robbins
Lost 60¢
Room 4315
Phone 353-8040

Lost $1.05

Pam - 353-8140

Tamara Small
Rm# 4303
Amt # 1.00
(334) 353-9350

Total 4.10

# SNACK REFUND 2003
# Calvin Scott

12

Sherry Nerron
2-9108
60¢

PEARL LEWIS
LOST $1.00
ROOM 1317
242-8575
or
242-8540

Lost 60¢
Michael Jordan
3-1206

Leita
Lost .45¢
in machine
353-1079

This machine owes
me 60¢
Beverly
Rm - 2139
242-9426

This machine
owes me 90¢.
Nunciata James
242-9334
Legal Nurse

Total
4.15

# CALVIN SCOTT

13

# SNACK REFUND 2003

Sonja
242-8200
Moon Pie got stuck.

$.65                    9/30/03

Reane Jackson
2-1553

50¢

9-15-03
Ellen Duncan
Rm 5121
Phone 242-9914
45¢ D4

This machene
owes me 45¢.

Name Mabley
242-9241
Rm. 3201

Machine owes
me 60¢
Tamara
353-8144

$.35-0M

Charles Murphy
Room 3152- 45¢

Phone #  242-9607

OWe 60¢
Rozell Deese
ext.
2-1968
Family Asst

Total
3.70

# CAlViN SCOtt

14

# SNACK REFUND 2003

**Julia**
**Room 5239**
**3-4867**
**50¢**

Phone #2-1225    Rm. 4341
Owe  Darleve Geeter
Lost.

THE POUND CAKE'S is NO
GOOD. THEy HAVE MiLLEW ON
the bottom.

THANKS

Patty Graves
1307 Room
45¢
2-8540

Kiene Goodson
242-8540
Owe  45¢
10/3/02

Lost 45¢
Betty White
Rm# 2230
2-1721

Total
3.10

# SNACK REFUND 2003

This machine owes me 45 cents.
Thanks.
Jane Mobley
Rm. 3201
242-9200

Judy 353-1392
Rm 1331
60¢ (1 purchased m+m's + they were already open. I still have the product).

Jaan McClain
4/5
2-1712

DELLA MATHEWS
Lost .60 ¢
Rm 4120
353-9469

Alex

Doris McQuiddy
45¢
242-5114

Margaret Benham
lost 45¢
2-9502

I Lost #1.00 IN this MACHINE.
TERESA KELLEY
Room 5150
3-5214 phone

3-5214.

Sonjia McCain
Room 3143
EXT. 2-1243
.55 ¢

Total 4.55

# CALVIN SCOTT

76

# SNACK REFUND 2003

ITEM # 152
WOULD NOT DROP
OWE JEROME Webb
60¢. CALL 242-1372

RM# 2223

THANK YOU.
Paul
4-3-03

Lost 70¢ for Animal Crackers
Teressa James   4th floor Rm 4212
Ph: 242-1102

Paul
4-7-03

Machine OWe
Veralyn Turk
60¢
Room 4301
242-1172
Paul
4-4-03

Melissa Jenks
60¢
Rm
4-17-03


Florence Bobbins
Machine owes
me   $1.00
242 9200

Total
3.50

ROOM #60
Rosemary Mobley
Rm. 5348 242-8199

# CALVIN SCOTT

# SNACK REFUND 2003

Cathie Boykin
5-15-03
60

I Lost 60¢
in This machine
marcia Morrione
Room 2323
242-3327

Cindy Wyatt 50¢
242-9236   Rm 3201

This Machine owes
Me .90¢.
Suzanne
Room 3306
242-8038

Yochelle Wilson
242-9037
Aug. 19, 2003
45¢

Tony Shaw
4303 Room
60¢
#3-8455

Linda Barrentine
2-9288
Rm 3201   50¢
You owe me

2-8846 TOOK MY
MONEY!!
& DID NOT GIVE
55¢ CHANGE
GREG MESSICK
said

This Machine
owes Me .75
Gretta Taylor RM
242-7486 3192

This machine
owes me
45¢
Natalie
2-1260
Rm.3140
fall 3-14-03

Total
6.40

# SNACK REFUND 2003

Samantha Flowers
.50
3-24-03
RM.3201
242-9200

Machines

owes

me ~~65~~ 90¢

for 2 packs
of vanilla
cookies

DELLA MATTHEWS
353-8816
Rm 4116
60¢
3/27/03

fled
4-7-03

Sonja
242-8200

Lost 60¢
Cynteria 242-1359

Machine owes
Me .50

Teula
Rm - 1101
ph 21423

Paid 4-8-03

Gloria 451
Aunsie
742-9651

Total
3.55

# SNACK REFUND 2003

Owes Alita
Bruce, RM 2342,
ext. 3-5038
fred ( .65¢ )
318-6

Vanessa Reed   Room 5132
242-9924
90¢

This machine owes
fred TRACY King   45¢
14-03   Room 5136 242-9932
need office Phone# Please

Lost 60¢ on 162
Shirley Hicks
242-9511

THIS MACHINE OWES
Me   $1.20

Vanessa
3-9431

Total 4.76

# CalvIn ScoTT
# SNACK REFUND 2003

Room 3143
353-3937
3/14/03

Alice - gives me
$+$ $\frac{55¢}{1.15}$ $\frac{60}{}$ from front Break Room

paid
3-14-03

This Machine owes
me 55¢  Bob GARZA

242-1240

Rm 3143

paid
3-14-03

1-21-03

This Machine owes me $1.00

Wanda Mills
Rm #203
242-1414

This machines
owes me
$1.00 +.25

Jane
Mayberry
2-1268

paid
3-14-03

Catherine Ballins

Rm 5517

Phone  242-8540

1-00

Machine
owes me
$.85
Judy Clarke

Rm 3146

2-9600

Total
5.15

# SNACK REFUND 2003

These are
STALE
Lynell Amos
45¢

Leslie Ellington
353-9646
45¢
Room 4126

mechine owe
me 65¢

OTIS

MAINT Dept

this machine
owes me 45¢
Sandra Mitchell
Motor Vehicles

# Calvin Scott

22

# SNACK REFOND 2003

Lucile Coachman

242 — 0166

50¢ lost un machine

Rm — 4227

OWE
Yolande Dudley
242-9223
Rm 3213
$.60

8/20/03
2:00 pm
M&M

Billie Alabi
60¢
Rm 3226
353 - 8824

This machine owes
Barbara Franklin
15¢
Ph# 2-1232
Room# 3143

M. Taylor
60¢
Room 4314
2-1619

Billie Alabi
75¢
Rm 3226
353-8824

Machelle Mack
$1.00
4219
242-1022
242-1014

owe me $1.00

Clarence Bibbins

2-9247

Total
5.20

Calvin Scott                    23

# SNACK REFUND 2003

Anitra
Donerlson  8/18/03
Cost  Ceo ¢
242-9051

Linda Buchanan
242-1462
.60

Darlene
Geeter  Rm 4341
40¢
2-1225

Robert Franklin Jr
45¢
Rm. 1104

Stepheny  Provo
45¢          PROVO
242-9051
Rm. 1223

Owes $1.00
Cynthia Robinson
2-8348

Granille
2-9059

S. Starr
.60

Rm 4314

P Knox
2-9834

Eunikeea
45¢
Rm 4208
242-1632

Rm 1239
.45

.60 ¢
lost 8/9/03
Val Gibson
2-1413

Total 5.65

# Calvin Scott

24

# SNACK REFUND 2003

Elise Hicks
242-95-49
60¢

8/12/03

.50 Lost

Vae Jefferson

2-1413

Valinda Underwood
353-5123    Motor
                    Vehicle
            1215

.65

5/5/03

RICHARD O. TINSLEY
PMA - INC
$.60    TRUSTMARK
                I.R.S.

I Lost $1.20
in this machine
Marcia Morrione
Room 2323
242-3327

LAURA GENTLE
LN 4341
41-0
353-7676

Total
5.35

Calvin Scott

25

# SNACK REFUND 2003

Machine Owes Me
Change of 15¢
Flora @ 242-1655

8/25/0:

Sue Watson
Lost 60¢ on
M&M's Peanut
Butter
won't drop out
Room 5201

Ruby Hassell
45¢
Room 4214
2-1509

Nanette Thomas
242-8330
50¢ lost un machens
Rm - 4227

Shirley Bailey Lost
45¢
On Third Floor Machine
Phone 242-1353
Room # 2226

This Machine
Owes Me
60¢
Darlene
# 2-3358
Total
7.75

# SNACK REFUND 2003
# Calvin Scott

26

242-8149
Marva Dillas
Room #533!
~~4.70~~
45¢

Latonya
machine took
45¢
2-9045

Lisa Pelham
owe me
90¢
242-9456
Rm 2103

Freddie EVANS
Room 1348
2-1770
.60

Machine owes
Michelle Rolling
60¢
Rm 5136
242-9933
B1 still does not work

Jackson
2-1378
APS 60¢
paid 3-25-03

Lillie
65¢
3-8949

$ 1.00
.31

7-22-03
Ellen Duncan
Machine Owes
.60
Rm 5141
Phone-242-9914

Total
5.85

# SNACK REFUND 2003
# Calvin Scott                    27

Kenneth Simms
60¢
21495

Patricia Carroll    7-1-03
60¢                  paid
Rm 1131
242-5289 or
242-5288

Tawanda Ambers
Room 5351
353-7023

$.60

Tiffanee
1226
45¢
353-7831

ritley Leonard
60 ¢ lost
4266 Room
353-9378 phone #

This machine
owes me 60¢

Brent
2-1531

Machine owes
me $.45
Sonja
2-8200

Lost 60¢
Linda Deal
242-9870
Room 5157

also
Bc1 Selection
does not work

JoAnn
2-1801
60¢    Rm 4344

Total
5.10

# SNACK REFUND 2003
# CALVIN SCOTT

28

Andrew Thomas
45¢
RITE WAY

Barry Smith

50¢

242-9200

Sharen Cunigan
242-9900
Room 5145
.60¢

Angela Woodward
Lost 60¢
242-9025

Lost 60¢   8-4-03
D. Coulter   2-1356
Rm. 2226

Angie
242-9835 Work
.45¢

Harris
60¢
7/22/03
353-9509
Collection

Machine owes
me $1.20
for (2) pkgs. of
cookies (F3)

FRED  2-1770
45¢
Room 1348

Tracey Meyer
Room 5146
5th Floor   3-1600

Sandy Mitchell
45¢
242-9051
Motor Vehicle

Total
5.90

# SNACK REFUND 2003
# Calvin Scott

Gail Blankenship          5/28/03
SDE Payroll, Rm 5132
2-9927
.45¢ lost.

GWEN GARNER
5/28/03
$60 cents
Mr Goodbar did
drop.    Rm 3114
242-9690

AMIE LEWIS
60¢
5/29/03    Pd.

Pamela Walker
242-1340
E 3 did not turn
60¢

Brenda Johnson
60¢  Rm #4340
Phone #353-8695

Angela Watson
I lose 2 time buying
5/13/03    Chips.
Room 3152
2-9653

CARY Thompson
Lost .60¢

RM # 2209
Ph # 242-1434

Sonja McCain
Room 3143
Ext 2-1243
Lost $0.45

Total
4.15

# SNACK REFUND 2003
## Calvin Scott

30

Lost 45¢ in the Machine.
on 7/16th
Please pay Linda Bibb
FA Assistance, RM 2237
353-4990 - 2nd floor

Linda Campbell
$1.00

DHR- Fam Serv.
2-8449

This machines owes me 45¢
for A7 chips was stuck
had to refeed the machine.
Pam Walker 2-1340
Lula Clayton

Lisa Reynolds
60¢
242-9051

rm 1223

Sandi Meramon
242-9245
75¢

Shirley Morgan
Lost .60
item Lodged
7-31-03
3-4431

Machine owe
me .00¢
Evelyn
353-8877

Total
4.45

# Calvin Scott 2003
# REFUNDS

31

This machine owes me .60¢

Valene Dansby
3345-Room
242-9743

---

Lost 60¢
Latoya Thomas
Room 5141
242-4838

---

Cyrth & Rubinsa
3145 Rm
2-8348
$1.00
Pepsi $1.00
Mary Jones
242-1170

---

D.ah MATTHEWS

---

This Machine
Owes
Dad Naylor
40¢
Rm 5318
# 348-1769

---

Sonji Sanders
60¢
2-1690

Lost 45¢
Nell
242-9880

---

Laura Gentle
lost #1.30
rm 4341
ph # 353-7676

Cynthia Walker
242-1175 Rm 4341

---

Sharon Coca
Rite aw

---

Total
6.90

# Calvin Scott 2003
# REFUNDS

32

owe 1.20   DESINTA PARKER

242-1491

Machine owes me
Thanks, Ms. Tucker

.654

# 164
CREME CHEESE

Frank Lust
Food stamps
2-1982

I lost $1 bill

Thursday, 05-29-2003
in this machine
Thanks, Barbara
2-9341
leave with Bob White
@ information, Thanks

I lost 60¢ in
this machine
Marcia Morrione
Room 2323
242-3327

Lost 50¢
5/30 Margaret Bonham
2-9502

Kisha
353-2086   owes 60¢

Total 5.15

Calvin Scott 2003

33

# REFUNDS

Charlene Johnson
Lost $.60 in employee
lounge off return.

242-1200

06.03.2x

OTIS LOST

60 ¢

THANK YOU

MAINT DEPT

Pamela Hill
lost .60
Rm 4311, 353-8855

Item E3 - did not turn
at all

#168 There appears
to be tape on
Animal Cracker
LOST: $1.20 - 2 pkgs
.60¢
Cms Lassiter 1.20
4102 - 1dR
242-1670

Snack machine
45¢
Mary Jones
242-1170

Angelia Parkee
353-9436
Rm 3143
Lost 40¢

Jennifer Hughes
lost 60¢
5/30/03  Rm 4103
2-1525

Total 5.55

# Calvin Scott 2003
# REFUNDS

34

Lost 60¢
LINDA CASSITY
RM #2218
Tel # 242-9545
Doris Dall 45¢ Room 2226 242-1355
Margaret Livingston etc Rm# 2218 242-9524

Billie Alabi
$0.60
Rm 3221
Tel. 242-9244 ~~242-9244~~
353-8824

This machine
owes me
45 cents.!
Tara Mobley
Rm 3221
353-9241

Madeline Murray
Rm. # 2140
242-9481
60¢

Wanda Robbins
60¢
Room 4311
353-8044

Judy 60¢
3-1392
Room 1331
4/19/03

MACHINE OWES
PATSY $60¢
Rm 3143

Total (L. D.)

Calvin Scott

35

# REFUNDS 2003

Joe Garrett

Machine took 1.00

July 2nd

P. 353 8124

This machine
owes me 45¢

S. Berlin
242-1723

Bonnie M. Johnson

Lost 60¢

for Candy Bar        242-9971

Rm 5207

This Machine owes
me $45

Shirley Campbell
Motor Vehicle
353-8144

This machine

owes me

60¢ X6

242-1804

Peggy Evans
Personnel / Human Resources

Nita Dowdell
242-1446
$1.00

Total 4.10

# Calver Scott 2003
# REFUND 2003

36

I left a note on this
machine on Wednesday,
July 2nd, but no one
called me about my
refund. The machine
took $1.00 and then
would not allow me to make
a selection because it
required exact change. You
STILL owe me $1.00

  J. Robinson
  242-1296
  Rm 3140

This machine owes
Barbara Franklin
~~40¢~~ 40¢
I put $1.00 in machine
got Item for 45¢ and it
gave me 15¢ Change
Room 3143
Ph# 2-1232

Sharon CCIC
7/10/03
$1.00

VENDOR PERSON
I put machine bill
in then pushed #142
I got my crackers & A
nickel nowadays still
owes me 50¢
  Rm 1352
  Ph # 2-9627    7.10.03.
    Charles

Clarinetta D.
CNP Room 5302
242-8225
45¢ Cost
5/14/03

Total
3.35

alvin scott

Calvin Scott

~NACK REFUND 2003

OTIS ITEM# 144
55¢
MAINT

Natalie Murphy
Suite 604
paid

Barbara Crossley
242-1320

paid

$1.00

1/27/03

.ost $1

Steve McBee
242-9188
rm 3151

ALBERT FRANKLIN
oo  paid
2-4-03

Machine owes
me 45¢
Beth Lake
Rm 5202
242-9560

This machine owes
me 50¢
Talisha
35287
Rm# 2519

Total 5.10

# Calvin Scott

# SNACK REFUND 2003

Rudrica West
$.45
Rm 4303
242-1492

Owe 55¢

Joni Coman

Room 4214

242-1500

Owe 45¢

Cathy Tatum

Rm: 4309

Press 2    242-1347

Cathy McCary

242-1211

This machine

took my

dollar  L. Jackson

$.55  242-8773

Lost 55¢

in machine

Joyce Watts

HPB

2-13-03  242-9534

1/29/03
Pearl Lee
Legal office
2-9330
$.15¢  Paid 1-29-03

Nita Norman
Rm 3143
$1.00
242-1241

Bernice  12/24
2-1670
Room 4102
.55¢

Total
4.85

39

# Calvin Scott
# SNACK REFUND 2003

12/23/02
1:00 pm

This machine
owes me
50¢

This Machine owes
me $1.00

Gloria Storey
242-3606
Child Support Eq.

Debbie
242-9305
Rm 2342

Machine owes me .45
food would **not** drop out

Margaret Green
353-1588

Rm 5150          1-27-03

his machine owes
me $25¢
Romaine Williams
Rm#1104

I lost $1.85
in This machine

Marcia Morrione
Room 2323
Phone 242-3327
(me too)

353 9447

1/30/03
LC 4

Total
4.65

# Calvin Scott
# SNACK REFUND 2003

40

Machine owes me 45¢ on item A-2.

Beth Locke
242-9560
Rm 5202

1-16-03

This machine owes me 45¢ for item A-1.
Jackie Black
Rm 5202
242-9936

45¢  1-22-03
Kitty Metcalf
242 9038

This machine owes me $1.00
Room 3151
David Courson  12/19/02

Johnetta Robinson
35¢ Change
Room 3140
Phone 242-1296

Total
2.30

# Calvin Scott
# SNACK REFUND 2004

Beth Deyler
Rm 2137 (DHR)
phone 242-9466
lost $.25
~~in this machine.~~

Slot seems to be
blocked.

Lost ~~.60¢~~    6/9
DONNA JOHNSON
DHR / Family Assistance
242-1978
Rm 2236

Owe .25
Willie Woods
Rm 4137
353-8380

Bernice
.60¢
Rm 4102
242-8417

Patty Groves
45.¢
242-8540

Lula Clayton
75¢
2-1436

Sharonda
Room 3152
60¢
242-9652

Adam
Phillips
Owe 3 rm #4125
353-9607
50¢

5/7/04
This machine owes
me 50¢.

Alfonzo
Nunn
242-1863

Cathy Tatum
2-1347
put $1.00 in machine
bought a payday Poke
machine gave me back
10¢
This machine
owes me .60¢
Thanks
Cathy Tatum
353-3764

This page Total 5.10

# CAlVin SCOtt
# SNACK REFUND 2004

(2)

owe Lucile $1.00

① cheese curls will not come out

② Corn chips are open

242-0166

OWE
JIM
Connell
50¢
R 2137
2-9463

Karen / Barrett
Rm 4303
242-1492
.60¢

Cathie Boykin
Rite Way
65

8.93
7.50

Machine owes
me $.50
I put in $1
Sherrell Kelly
242-2352

5.10
This machine
owes BA Cook
.65   2-1510

This Page Total 11.110

# Calvin Scott

3

# SNACK REFUND 2004

THIS MACHINE STILL OWES
ME 50¢
RM 1335

THOMAS FARRIS JR
242-8511

Maria Cattledge
Exam. of Pub. Accounts
242-9200
$.60
John Boyd
50¢

I lost 50¢ in
this machine
Nellie - 242-9880

I Lost
65¢
Rosaline Hall
Room 1115
Ph. 242-8500
or
353-7855

Machine
got stuck
242-1039
Charissa Moore
65¢
Ind. & Corporate
Tax

This nasty machine
owes Sonya Dubose
$1.30 Special Audit
Division    2-1506

Willie B Bond
$100
Rite Way

This machine owes
me 60¢

Charlene Johnson
Room 4341
353-8099

She's Page Total 5.80

# CALVIN SCOTT
# SNACK REFUND 2004

4

This machine owes me $.65

Traci Washington
3-5467
Rm. 3143

7/19/04
This Machine owes me.
25¢
Johnetta Robinson
242-1273
Rm 3140

This Machine Owes Me 60 cents.
242-1422
Otis

This machine ate my $1
Mary Nell Shaw
5307 G. P.
242-7957

7/26/04

60¢ Reeses
Cups - hung up
+ someelse took
them. Judy
3-1392

Julia daniel
$1.00
2-1520

Patricia Brooks
242-9318 Child Supp
Item #140   owedme 60¢
Cookie Stuck
Famous Amos
Rm 2333

8/2/04 11:50 a.m.

# Calvin Scott    5

# SNACK REFUND 2004

Melissa
**30¢**
242-1820

Paid

Chris Sherlock
242-9824

**60¢**

Kaye Thorn
owt
**20¢**
2-1595

7/23/04

Mark Nemeth
353-4720

Machine out of changes
owes me **50¢**

8-12-2004
Desiree McBride
Lost **.50**
242-9006

Patrick O. Bell
**$.65**
paid 8-17-04

This Page Total 2.75

# Calvin Scott
# SNACK REFUND 2004

Lost $.75
On 5-13-04

Angela Robinson
Rm 2153
PH. 2-1654

SWARNA
Lost $0.50

Yolande Dudley
.60          242-9273
8-3-04        3201

This machine
owes me .60¢

Laura Gentle
RM 4341

353-7676

Machine owes
me 60¢

Candy is hanging
up! Please
load correctly!
Room 2313
A. Runnels
    242-3793

I lost $1.60
Brenda Sander
Leave money
Down stair Rite way Office
@ 242-8775

    paid 8-26-04

M. Taylor
242-1619
Room 4314
    50¢

LOST 45¢
Nellie
242-9880

owe D. Barnes
    45¢
Kars Salted Peanuts
would not fall
    242-1269

Patty Grieves
Room-1317   .65

242-8540

Pamela
20¢
(already paid)

This Page Total
6.90

# Calvin Scott
# SNACK REFUND 2004

Owe $.45
Tawanna Small
3-4350
Rm 4303

9-13-04
This machine
owes me 35¢
Ruby Stansberry
242 1597
Rm 4137

Lost .45¢
D10 Toast Cheese
Crackers
Angela Abernathy
Rm 5157
242-9373

Machine Owes
Me
45¢
Zula
242 1423

Nora Thorington
45
Rm 5221
Phone: 2-9962

Val Jefferson
2-1413
Lost .60¢

Lost 60¢
Bertha Jiles
242-3562
Rm 1345

Niel Ingram
$.60
Room # 4112
Phone: 242-9690

Machine Owes
Alzie Worley
.45¢
353-7865

Machine owes me
0.55¢
Jessica Weathers
353-9544
12

CHRIS SHERLOCK
242-9824
60¢

This machine owes
me 60¢
Thanks!
Sheila Burton
242-1723

VERONICA
IRVIN
242 8540
Rm 5152

This Page
Total
7.35

# Calvin Scott
# Snack Refund 2004

8

65¢ Judy          3/30
3-1392
Product open —
I still have it.

This machine
owes me 60¢
Sharhonda
Aumont
Room 3152
242-9652

This machine owes me
45¢. Item did not
fall.
Dorothy
Room 3140
(334) 242-1269

Machine owes
me 60¢.
Snickers got
stuck.
Sonya
242-8200

Patricia
Wilson
50¢
242-1820

Dorothy
Lost 65
Rm# 1202
29023

Trudie Hagan
242-1579

60¢

Ellen
242.1423
60¢
Rm 1101

Sue Watson
Lost 60¢
Room 5201
Will Not Drop

Kathryn Robinson
242-9780
Candy Stuck
60¢    3/11/04

This Page Total 5.85

9

# Calvin Scott

# SNACK REFUND 2004

Angel

353-7677

rm 1202

60 ¢

Owe 65¢ for popcorn
bought open already (whole in
package)

Baldhi    2-1417

Melissa Lansdon
Machine -look
~~$1.00~~ -$2.45
242-9218

~~Rodriguez Shanna~~

25¢
3-1146

5¢ [/a  242-1534
rm 1103

Christine Irish
$6.0 (cat)
242 7200

2 Weeks Owe Total 5.70

# Calvin Scott

# SNACK REFUND 2004

10

65¢ Pleare refund to Marilou Jerrell
RM 5157
353-5612
Thank you.

Tawana Smart
45¢
RM 4303
353-9350

Sherry Herron

45¢
2-9108

65¢

This Machine Owes me .55
Ruby Stansberry
242 1597
RM 4137

Leslie Fillingim
353-9646
45¢
RM 4126

Rahel Floyd
242-1621

Owes
Latrondia Howard
60¢
2-1511

Angel

RM-1202

353-7677

60¢

Owes me 60¢
Nellie 2-9880

This Page Total
5.00

# Calvin Scott

//

# SNACK REFUND 2004

Lori Newton
Room 3317
~~45¢~~ -
45¢
353-8852

~~5¢~~
50¢

This machine owes me ~~$1.00~~
I purchased 2 candy bars ~~55¢~~
and they were opened.     1.20

Payton Dooley
Rm. 1348
353-8399

This Machine owes
me .25¢
Sharon  Room 4138

This machine
Owes me
$ 50¢ (Kept my change)
Pam Walker
2-1340 Rm 4309

This machine
owes me
50¢

Cathy Tatum
2-1340
Rm 4309

Konyetta
45¢
2\4995

This Page
Total
3.85

# CALVIN SCOTT

12

# SNACK REFUND 2004

Denise Harris
60¢
391-0391

Kenneth
65¢

James
Mayhem
3-7718
45¢

Kenneth Thompson
$1.00

Lost    65¢
Linda Deal
2-9870
Room 5157
5/19/04

Leigh Ann Kyser
Rm. 3345
242-8059
45¢

Keisha Ellis
242-1304
Room # 4326
Twix got stuck    Owes me 60¢

$.45
Rm 3201
Linda Barnatine
242-9288

347-1599
60¢

Owes
Leray Cain
1.00
2-1340

This machine owes
Barbara Franklin
45¢    Room 3148
242-1232

This Page Total    6.90

# CALVIN SCOTT

13

# SNACK REFUND 2004

This machine
owes me .50
Ebani
McCall
2-1240
Rm 3143

Ebani McCall
Owe. $.45
2-1240
Rm 3143

Lula Clayton

60¢

Rm 4309

242-1346

Perry Fulton
Lost 60¢
Room 5301
242-1988

Lula Clayton

2-1346

45¢

Jarmeka
Murrell
242-9053
60¢

This Page Total
6.00

Machine owes me
$1.00
Joe Walls
Rm 4303
242-1496

This machine
owes me .75

Thank You
Yuette hill
Rm 4131   242-1380

Charles Johnson
This machine owes
me $.45
Room 4341
353-8099

Owe  .65¢

4821

# CALVIN SCOTT
# SNACK REFUND 2004

14

5/27/04
Gracy Martin, Room 2233
Lost        60 cents
242-1752

This machine
owes me $1.00

Nancy Smith
2-9853
Rm 5141

MADELINE MURRAY
65¢
2429480

Machine owes
Conitha King
.60
353-4804
room 2138

The Peanuts
Were Already
Open
45¢        Linda Brown 353-5478
           2-9413

Pamela Henderson
LOST  .60
7/22/04   .45  7/26/04

This Page Total 3.75

# CALVIN SCOTT

15

# SNACK REFUND 2004

TERESA 7/20
3-9626
60 + ~~Arlene~~

This Machine
ewes me
50¢
Judy Clark
# 3146

242-9650

Machine awes
Louise .50¢
Rm 3143
phone 353-9417

Please refund 65¢
to Maulon Lensall
Rm 5157
353-5612
Thank you

Arlene
3-9741
50¢

CHARLES MURPHY
LOST 70¢
IN MACHINE ON
7-20-04.
Rm. 3152. EXT. 2-9627

Eva
Room Nita
3143 .50
ext 2-1241
Rm 3143

50¢

This machine
owes me
50¢
Natalie 242-1260
Rm. 3140

This Page Total 4.50

# Calvin Scott
# Snack Refund 2004

16

Barry Marcus
3-5660
Rm 133
$.60

Owes Me
$.65
Dalton
Security

Lee Gaillard
60¢    Rm 2227
242 1457

25¢
Gabriele Webster
242-1631
Rm. 4134

Mary Perry
Cashier
Hungline
3-9807
Thanks

Arnitha Tolliver
50¢

Erica 75¢
242-1534

# Machine
# Owes .65¢
# To Gwen Prow
# Rm. 4138

Did not give me change
.50¢

Sharon Howard
4138

This Page
Total
3.75

# SNACK REFUND 2004

5/19/04

Sharhonda
Room 3152
45¢
242-9652

Andrea Stinchcomb
242-1898
Room 5103

$0.45
Machine did not drop
cookies. (would not release)

JoAnn Wallace
Rm 1202
65¢
353-8101

Machine owes 6/11
me
65¢ Eula
2-1423

Eumkeca
6/14/04 242-1632
Rm 4137
$1.20

6-8-04
Gail Blankenship
Payroll, Rm 5132
2-9927
LOST    60¢

Pamula Henderson
Lost .55 Cent
353-5478

This machine owes me
$6.40.
Jessica Weathers
353-9544
Rm 4120

6-15-04
Coke Machine
Owes
Ellen Duncan
60¢
Rm. 5141
Ph. 242-9914

Dorothy C. _____
90¢
Room 3146
_____ 334 242-1207

Bobbie Dumas
242-9500
Empty Drink Can
60¢

_____ Total 7.05

# Calvin Scott

*18*

# SNACK REFUND 2004

Donna Seynor
242-1274
40¢

Sharon Parker
2-1889

50¢

Shemekua Farm
$11.20
353-4437
#2324

This machine took
25¢ from me.
242-8301 - Olicia

#149 Keep
sticking —
owes me
45¢ —
Pat Hackne
Rm. #331

On June 28, 200
#130 (hot fries by T
became stuck &
did not fall. You
owe Shelby Gar
Room 3339 (last c
on the right) .50¢

ph.# 3-5904

Thanks
Shelby

Tamara Mo
242-9051
Machine owes
60¢

Tiffanee Mathews
242-8941

Machine owes
15¢

Cathie Boykin
Rite Way
.60

This Page Total 5.15

# Calvin Scott
# SNACK REFUND 2004

19

Chris Sherlock
65¢
242-7824

Tawanda Ambers
Lost .60¢

353-0444
or
242-8114

Genell Townsend
lost 45¢ same
#'s as above

Pam Lewis

Lost $1.00
on 6-23-04
353-4937

Lost $1.75 in
Machine

Joe Wills
Rm. 4303
242-1496

Betty Smith
$1.10

Owe
Cathy
Tatum

50¢
2-1347

**THIS MACHINE
OWES**

Vanessa Grace
353-1220
Room: 5136

$.60

Betty Lucido
353-8375

$.60
1st Floor
Room #1331

This Page Total 7.80

# Calvin Scott

20

# SNACK REFUND 2004

Lost 45¢
KAREN Mosiac
Room 1103
353-7820

Gloria Robits
242-7542
Food Stamp
Claim (65)

Johnny Newman
$.60
242-8401

Jennifer Lewis
353 3900
Owes 50¢

LaTanya Gordon
25¢
2-8540
RM1317

Sue WATSON
242-1876
Lost 50¢
RM 5229

Jerri Taylor
Owe 45¢
RM# 1223 1st floor
242-9051

Melissa
2-1820
.20¢

CLARENCE Bibbins
$1.00    2439246
12-28-04

This Machne
Owes Davy Berry
.50    302-6528

Jellyana Martin
242-1221
Rm 3143
$1.00

Pat Wright
353 9490
# 4200  0:4204
$1.50

This Page
Total
7.80

# Calvin Scott

(21)

# SNACK REFUND 2004

Debra Arthur
2. 9914
This machine owes
me 50¢

Owes
Buddy
$1.00

242-8425

Leah Veach
Dept of Examiners
of Public Accoun
243-9300
60¢

no room #

John FREE
2-9840
50¢

Jackie GinWright
2-1318
.60

Tavisha Lewis
244 3203  242-9...
$1.25

This MACHINE OWES ME
$1.20
STEVE STARR
Room 4314
242-9834

Patricia Brown
DHR/Civil Rights
Rm # 2239
$.50  .50¢

Mary Jones
Room 4301
Information Window
Lost .50

Owes me .45¢
Eric
Austin
2-9916

This Page
Total
7.10

# CALVIN SCOTT

(22)

# SNACK REFUND 2004

Billie 60¢
Rm 3226
353-8824

Machine owes
me 45¢
Item #140
stuck.

Beth Locke
242-9560
Rm. 5202

MACHINE
OWES (Phn
45¢ (2-1420
GWEN PRUIT
Rm#4134

Tamara
242-9051
Machine owes me
60¢

Friday 12/8/04
85¢ lost in
machine.
Starr Stewart
D&R-Communication

This
machine
owes me
$1.00
353-9519
Clarinda Campbell

Lula Clayton
45¢
2-1346
2/6/04
This machine owes me
45¢. Malt Peanut
Crackers would not fall.

Dorothy
Room 3140
(334)242-1269

ROBBIE Chase
2429827
60¢

Marlott
DHS
35¢
242-5540

Wayne Littlefield
40¢
Fin Op

This Page Total
5.60

(23)

# Calvin Scott
# Snack Refund 2004

Bag was
Already open.
Sonjia McCain
Room 3143    50
2-242-1243

Machine owes
me $1.30
- Jan Bevan
2-1021
- Rm 4217

Flova Scott
2-1655
50¢

This machine
owes:
Madgelyon Johnson
.50
Rm # 2155
Phone 353-1140

LaTrendia Howard
Special Audit
2-1511
45¢

Veronica Jordan
2-0140
.25¢

Maranda
Moss
.55

This Page Total 4.40

# Calvin Scott

(24)

# SNACK REFUND    2004

Katharine Stone
2-9004

Lost $.60
Friday- 2/27

Kristy Ray
Rm 3307

242-9433
$1.00

This machine owes
me 60¢   1-12-03

Brenda
Room 3140

Erica 60¢  242-1534

Jennifer
3-3363

60¢   Plain M+M's

65¢

Angela   9/21/04
242-9653   Lost
Room 3152   65¢

Vickie Cole
242-4477

50¢   30¢

This Machine
OWES Melissa
.60¢   Rm.1101
242-1279

KAREN McClain

50¢

$1.75¢

OWES MC
$.65¢
CAL..M 35M

Owe
Yolande Dudley   11/24/04
60¢   M&M   242-4223
Rm 3213

This Page Total   6.45

# Calvin Scott (25)

# SNACK REFUND 2004

Carolyn Gomillion

Amt Lost — 60¢ 9/9/04

Office # 2223

Telephone: 242-9519

Need phone #

Thanks
Cole

Frank Faulk
Room 5303
2-9713    1.80
10/13    M.

Bertha Tiles
Rm 13.24
242 8562
Lost 60¢

Jost 45¢
Nellie 2-9880

Diana Frey
242-3200
10/13

Sedell Gaston
50¢
2-8540
Rm 1317

Cassandra lee
Lost .50¢

10/28/04  This Page
Total
4.55

# Calvin Scott

(26)

# SNACK REFUND        2004

On JAN 14, '04, this candy
machine kept my 2 quarters
(50¢) But No merchandise.
Coin Return would not work.

Danny Kennedy     Room 1332
         Phone 353-7792

Fe Rita T.
353-7885

$65¢

Machine

Owe me     60¢

Eula

242 1423

Lost $0.50

Jacqueline
Colley
242-1467

I Lost $1.50 in the
snack machine.

Pam Lewis
Criminal History
253-4937
Rm 324

Chris Sherlock
242-9824

60¢

This Page Total 4.35

# Calvin Scott

(27)

# SNACK REFUND 2004

This machine took money OWES

$1.00

Jennifer Lewis

60 ¢

Inedia Hagan
4138
242-1579

353-3900

10/08/04
Lost Money

Ruby P. Smith
#.70
50
+ Total (1.25)
RM- 2105
tele: 242-9455

Lost 60¢
In This Machine

Beverly
242-9426

This Machine
OWES ME
60¢
LaRita Smith
Rm 1331   2-1827

This machine
owes me 60¢

Shiela Berlin
Office of EBT
242-1723

SUK   242-909?
# 12-6
$ .20
A____ joy

This Page Total 5.75

# Calvin Scott

# SNACK REFUND 2004

Owes
Llot
.60
2-1769

Machine owes
Me 50¢ - A-Z

Beth Locke
Rm 5202

2-9560
FRED AAIGLER  45¢
CNP- 353-5699

75¢ Ann Kyser
Leigh Ann Kyser
242-8059

Machine
owes me  45¢

242-1423
Evelen

Carl Blankenship
Cust Audit M
Rm Plas
2-9927

4.60 lost

Rm 1105

Shirley May
Special Audit + Comp
3-8946    45¢

Jackie
Rm 3140
242-1273
.45

Owes 60¢    12/12/03
to Billie Alabi
353-8824

The's Page Total  4.85