## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 17, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Scott v. Swearengin (LEAD CASE)
      Civil Action No. 2:05-cv-00651-MHT

      Scott v. Dennis et al (MEMBER CASE)
      Civil Action No. 2:05-cv-00652-MHT

The above-styled cases have been reassigned to Judge W. Keith Watkins.

Please note that the case number for the lead case is now **2:05-cv-00651-WKW** and the case number for the member case is now **2:05-cv-00652-WKW**.

The new case numbers should be used on all future correspondence and pleadings to be filed in the lead case.