IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 FEB 21  A 11: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| _____Calvin Scott, Sr._____ ) <br> _____(Blind Vendor)_____ ) <br> _____ ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> __James Buddy Swearengin__ ) <br> State of Alabama Dept. of Finance ) <br> _____ ) <br> Defendant(s) ) | CIVIL ACTION NO. <br> 2:05-CV651WKW |
| _____Calvin Scott, Sr._____ ) <br> _____(Blind Vendor)_____ ) <br> _____ ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> __Ray Dennis, Perry Hopper, Ken Green__ ) <br> State of Alabama Dept. of Rehabilitation Services ) <br> _Business Enterprise Program_____ ) <br> Defendant(s) ) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

RESPONSE TO REQUEST TO DISMISS BY THE

HONORABLE JUDGE CHARLES S. COODY

_____

This is my response to your request for additional information before dismissal. A Full Evidentiary Hearing Pursuant to the Randolph Sheppard Vending Act 20 U.S.C § 107 et seq held on October 6, 2005 at the ADRS office located at 2129 East South Blvd, Montgomery, Alabama. I received the written decision on October 15, 2005.

Enclosed you will find a letter requesting arbitration that I wrote to the United States Department of Education Secretary Margaret Spellings dated Oct. 23, 2005 and additional supporting

documentation. I received a response from the United States Department of Education Secretary Margaret Spellings office on November 8, 2005. I am still waiting for an assigned date for arbitration.

Enclosed is also a copy of the Certified Letter Signature Card with Return Receipt displaying the date when the United States Department of Education Secretary Margaret Spellings office received my request for arbitration. I followed up my request for arbitration with the Rehabilitation Administration Office on February 9, 2006 and spoke with Mr. Darius Mitchell concerning my arbitration date. Mr. Mitchell transferred me to the arbitration department where I spoke with a Ms. Suzette Haynes. After speaking with Ms. Haynes she said she had not received my request for arbitration from United States Department of Education Secretary Margaret Spellings office yet. So, I had to fax her as much of the background information that she needed to research this problem. I phoned Ms. Suzette Haynes again on February 13, 2006 and she said she is still working on setting up arbitration for me.

Judge Charles Coody I pray that you please do not dismiss this case since it is not my fault that the United States Department of Education Secretary Margaret Spellings office and her staff have yet to arrange for arbitration on my behalf when I requested it back on October 23, 2005.

Sincerely,

Calvin Scott, Sr.


Sworn to before me this 21st
Day of February 2006

_____
NOTARY PUBLIC            My Commission Expires 1-11-2010

Respectfully Submitted,

Calvin Scott, Sr.


___February 21, 2006_____        _____Calvin Scott Sr._____
        Date                              Plaintiff(s) Signature

                                   __1416 Marler Rd_____
                                   _Pike Road, Alabama 36064_____
                                   Address, City, State Zip Code


                                   ___(334) 272-2657_____
                                   Telephone Number

October 23, 2005

To:   U.S. Department of Education Secretary
From: Calvin Scott, Sr. (Blind BEP Vendor)

Re:   Civil Lawsuit Status

Dear U.S. Department of Education Secretary Margaret Spellings:

I, Calvin Scott, Sr., am a Blind Vendor with Alabama State Rehabilitation Business Enterprise Program(BEP) for the Blind in Montgomery, Alabama. I have been a blind vendor in good standing in this program for the past 30 years.

My assigned work facility is the Gordon Person's State Office Building located at 50 Monroe St in Montgomery, Alabama 36104. I have performed outstanding vendor services in the Gordon Person's State Office Building for the past 10 years of my 30-year career in this business.

In February 2005 the State of Alabama Department of Finance building manager along with my Business Enterprise Program Director and Representatives collaborated against me in an effort to take my job, however, in their haste they violated Federal and State Laws of Title I of the Americans with Disabilities Act (ADA), Title II, Title 504, and Alabama State Code 1975 §§ 21-1-40, 21-9-1 and 21-9-9; 20 U. S. C. § 107 et. Seq and committed libel, slander, and defamation of character.

On February 24, 2005 I was fired and inventoried out of the B.E.P. for the Blind without any hearings nor a Full Evidentiary Hearing as required by State and Federal Laws.

I immediately contacted the U. S. Department of Education Office for Civil Rights and provided full details of what had transpired and after a thorough investigation the Department of Education Office for Civil Rights provided me with their findings as well as supporting documentation that I acquired through the Freedom of Information Act. The letter I received from the Department of Education Office of Civil Rights in June 2005 stated that I as the complainant may file a private civil lawsuit pursuant to Section 203 of the Americans with Disabilities Act whether or not OCR finds violations of Title II.

My numerous attempts to retain an attorney that wasn't afraid of filing suit against the State of Alabama failed, so this left me no choice but to take matters into my own hands by filing my own civil lawsuit on July 14, 2005.

After I had written several letters to Federal and State governmental leaders, about 30 days after they fired me the Alabama Department of Rehabilitative Services along with the State of Alabama Department of Finance was forced to reinstate me back into the B.E.P with my same building assignment.

My first civil court appearance was short lived because Judge Charles Coody stated that I must follow the rules of the Randolph Sheppard Act which stated that I must exhaust every attempt to mediate through the system up to and including a Full Evidentiary Hearing before I could seek relief in the Civil Court system. He ordered that the Full Evidentiary Hearing be held within 20 days and that the results of the hearing be reported back to him when complete.

On Oct 6, 2005 the Full Evidentiary Hearing was held at the order of Judge Charles Coody and was mediated by hearing officer Frank S. James, III. In this hearing I provided page after page of documentation fully implicating each of the defendants from the State of Alabama Department of Rehabilitative Services and the Department of Finance State office building manager. I even provided documentation that the same defendants had tried this slanderous tactic before back in 1996. The defendant's lawyers had no defense against all of the written documentation I provided and my case was solid.

However, in the end the hearing officer Frank S. James, III failed to provide me with the justice I was due and he also failed to fully document the hearing and intentionally left out key points of information in an effort to side with the defendants.

After doing more research I was told that my next step in this civil lawsuit pursuit would be to contact the U.S. Dept of Education Secretary.

In closing, please advise me as to what my next steps will be in this process. I pray that the U.S. Dept of Education will provide me with the justice that I have earned and deserve.

Thank you for your time and I look forward to hearing from you soon regarding this important matter.

Sincerely,
Calvin Scott, Sr.      *Calvin Scott Sr.*
Blind Enterprise Vendor (BEP)
Gordon Person's State Office Building

Mailing Address:
1416 Marler Road
Pike Road, Alabama 36064
(334) 272-2657



UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, DC 20202- _____

November 8, 2005

Mr. Calvin Scott, Sr.
Blind Enterprise Vendor (BEP)
1416 Marler Road
Pike Road, AL 36064

Dear Mr. Scott:

I am writing in response to your October 23, 2005, letter to Secretary Margaret Spellings in the U.S. Department of Education (Department), which was forwarded to the Office for Civil Rights (OCR), for reply. In your letter, you alleged that your employer discriminated against you because of your disability. You also alleged you filed a complaint with OCR and then filed a civil suit against your employer. You claimed you were informed that you should contact Secretary Spellings for further assistance, as you did not feel the results of the civil suit were just.

I have forwarded your correspondence to the Office of Special Education and Rehabilitative Services (OSERS) for review. That office may be able to assist you further with this matter. You may contact that office directly at the following mailing address or telephone number:

> Rehabilitation Services Administration
> 400 Maryland Ave, SW
> Washington, DC 20202-7100
>
> Phone: (202) 245-7488

I hope the information provided is of assistance to you.

Sincerely,

David D. Gersten
Team Leader
Customer Service Team
Office for Civil Rights

CC: Rehabilitative Services Administration

www.ed.gov
*Our mission is to ensure equal access to education and to promote educational excellence throughout the nation.*



• Sender: Please print your name, address, and ZIP+4 in this box •

Calvin Scutt Sr.
1416 Marler Rd.
Pike Rd. Ala. 36064

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Date: Feb. 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day Feb. 21, 2006, a copy of this documents was mailed to council for defendants.

*Calvin Scott Sr.*
Signature
Calvin Scott, Sr.