IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAR 27 P 12: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| Calvin Scott, Sr. <br> (Blind Vendor) <br> Plaintiff(s), <br><br> v. <br><br> James Buddy Swearengin <br> State of Alabama Dept. of Finance <br><br> Defendant(s) | CIVIL ACTION NO. <br> 2:05-CV651WKW |
| Calvin Scott, Sr. <br> (Blind Vendor) <br> Plaintiff(s), <br><br> v. <br><br> Ray Dennis, Perry Hopper, Ken Green <br> State of Alabama Dept. of Rehabilitation Services <br> Business Enterprise Program <br> Defendant(s) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

## ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE JUDGE W. KEITH WATKINS

As of March 27, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

Calvin Scott, Sr.

*/s/ Calvin Scott Sr.*

Sworn to before me this 27th
Day of March 2006

*/s/ Candice Nonum*
NOTARY PUBLIC

Respectfully Submitted,    My Commission Expires 8/23/2009

Calvin Scott, Sr.

___March 27, 2006_____
        Date

*/s/ Calvin Scott Sr.*
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064___
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day March 27, 2006 a copy of this Document was mailed to council for defendants.

*Calvin Scott Sr.*
Signature
Calvin Scott, Sr.