IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAY -1  A 11: 08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____ ) <br> _____(Blind Vendor)_____ ) <br> _____ ) <br> Plaintiff(s),  ) <br> ) <br> v.  ) <br> ) <br> ___James Buddy Swearengin___ ) <br> State of Alabama Dept. of Finance ) <br> _____ ) <br> Defendant(s)  ) | CIVIL ACTION NO. <br> 2:05-CV651WKW |
| _____Calvin Scott, Sr._____ ) <br> _____(Blind Vendor)_____ ) <br> _____ ) <br> Plaintiff(s),  ) <br> ) <br> v.  ) <br> ) <br> ___Ray Dennis, Perry Hopper, Ken Green___ ) <br> State of Alabama Dept. of Rehabilitation Services ) <br> _Business Enterprise Program_____ ) <br> Defendant(s)  ) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of May 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

Calvin Scott, Sr.

*/s/ Calvin Scott Sr.*

Sworn to before me this 1st
Day of May 2006

*/s/ Kimmie Lynn Powell*
NOTARY PUBLIC
My Commission Expires 10/22/2008

Respectfully Submitted,

Calvin Scott, Sr.

___May 1, 2006_____
Date

                                           */s/ Calvin Scott Sr.*
                                           Plaintiff(s) Signature

                                           __1416 Marler Rd_____
                                           _Pike Road, Alabama 36064_____
                                           Address, City, State Zip Code

                                           ___(334) 272-2657_____
                                           Telephone Number

Date: May 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day May 1, 2006 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr.