IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2006 JUN -1  P 1: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| _____Calvin Scott, Sr._____ | ) | |
| _____(Blind Vendor)_____ | ) | |
| _____ | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:05-CV651WKW |
| ___James Buddy Swearengin___ | ) | |
| State of Alabama Dept. of Finance | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

| | | |
|---|---|---|
| _____Calvin Scott, Sr._____ | ) | |
| _____(Blind Vendor)_____ | ) | |
| _____ | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:05-CV652WKW |
| __Ray Dennis, Perry Hopper, Ken Green__ | ) | |
| State of Alabama Dept. of Rehabilitation Services_ | ) | |
| _Business Enterprise Program_____ | ) | |
| Defendant(s) | ) | |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of June 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

Calvin Scott, Sr.

Sworn to before me this 1st
Day of June 2006

_____
NOTARY PUBLIC

Respectfully Submitted,

Calvin Scott, Sr.
*Calvin Scott Sr.*

___June 1, 2006_____
     Date

                            _Calvin Scott Sr._____
                            Plaintiff(s) Signature

                               __1416 Marler Rd_____
                               _Pike Road, Alabama 36064 _____
                               Address, City, State Zip Code


                               ___(334) 272-2657_____
                               Telephone Number

Date: June 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day June 1, 2004 a copy of this Document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr.