IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 JUN 29 A 9:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____  <br>_____(Blind Vendor)_____  <br>_____  <br>Plaintiff (s), <br><br>v. <br><br>\_\_\_\_James Buddy Swearengin_____  <br>State of Alabama Dept. of Finance_____  <br>_____  <br>Defendant(s) | CIVIL ACTION NO. <br>2:05-CV651WKW |
| _____Calvin Scott, Sr._____  <br>_____(Blind Vendor)_____  <br>_____  <br>Plaintiff (s), <br><br>v. <br><br>\_\_\_Ray Dennis, Perry Hopper, Ken Green\_\_  <br>State of Alabama Dept. of Rehabilitation Services  <br>\_Business Enterprise Program_____  <br>Defendant(s) | CIVIL ACTION NO. <br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of July 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

Calvin Scott, Sr.

*Calvin Scott Sr.*

Sworn to before me this 29th
Day of June 2006

_____
NOTARY PUBLIC   My Commission Expires 9/24/2008

Respectfully Submitted,

Calvin Scott, Sr.


___June 29, 2006_____
       Date

                                    _Calvin Scott Sr._____
                                        Plaintiff(s) Signature

                                    __1416 Marler Rd_____
                                    _Pike Road, Alabama 36064  _____
                                    Address, City, State Zip Code


                                    ___(334) 272-2657_____
                                    Telephone Number

Date: June 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day June 29, 2006 copy of this document was mailed to the counsel for defendants.


_Calvin Scott Sr._
Calvin Scott, Sr.