IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

RECEIVED
2006 AUG -1 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____ <br> _____(Blind Vendor)_____ <br> _____ <br> Plaintiff (s), <br><br> v. <br><br> ___James Buddy Swearengin___ <br> State of Alabama Dept. of Finance <br> _____ <br> Defendant(s) | CIVIL ACTION NO. <br> 2:05-CV651WKW |
| _____Calvin Scott, Sr._____ <br> _____(Blind Vendor)_____ <br> _____ <br> Plaintiff (s), <br><br> v. <br><br> __Ray Dennis, Perry Hopper, Ken Green__ <br> State of Alabama Dept. of Rehabilitation Services <br> _Business Enterprise Program_____ <br> Defendant(s) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of August 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

Calvin Scott, Sr.

*Calvin Scott Sr.*

Sworn to before me this 1st
Day of August 2006

*Rebecca Lindsey Hill*   My Commission Expires 1-11-2010
NOTARY PUBLIC

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.*
_____
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: August 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day 08/01/06 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr.