IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2006 SEP -1  A 8:29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED
2005 AUG 32 A 8:28

| | |
|---|---|
| _____Calvin Scott, Sr._____<br>_____(Blind Vendor)_____<br>_____<br>Plaintiff(s),<br><br>v.<br><br>__James Buddy Swearengin__<br>_State of Alabama Dept. of Finance_<br>_____<br>Defendant(s) | CIVIL ACTION NO.<br>2:05-CV651WKW |
| _____Calvin Scott, Sr._____<br>_____(Blind Vendor)_____<br>_____<br>Plaintiff(s),<br><br>v.<br><br>__Ray Dennis, Perry Hopper, Ken Green__<br>_State of Alabama Dept. of Rehabilitation Services_<br>_Business Enterprise Program_<br>Defendant(s) | CIVIL ACTION NO.<br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

---

As of September 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

Sworn to before me this 1st
Day of September 2006

NOTARY PUBLIC
My Commission Expires 10/20/2009

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Jr.*
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064_____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: Sept. 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day Sept. 1, 2006 a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.