IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
_____ DIVISION

2006 SEP 29 A 11: 55

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>_____Plaintiff (s), )<br>                            )<br>v.                          )<br>                            )<br>__James Buddy Swearengin____ )<br>State of Alabama Dept. of Finance )<br>_____ )<br>_____Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV651WKW |
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>_____Plaintiff (s), )<br>                            )<br>v.                          )<br>                            )<br>__Ray Dennis, Perry Hopper, Ken Green__ )<br>State of Alabama Dept. of Rehabilitation Services )<br>_Business Enterprise Program_____ )<br>_____Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of October 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott* (signature)
Calvin Scott, Sr.

Sworn to before me this 1st
Day of October 2006

*Cynthia Heupel* (signature)
NOTARY PUBLIC

MY COMMISSION EXPIRES 3/20/2010

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.* (signature)
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code


___(334) 272-2657_____
Telephone Number

Date: Sept 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day 1st a copy of this Document was mailed to the counsel for defendants.

Calvin Scott, Sr.