**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION**

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>_____Plaintiff (s),_____ )<br> )<br>v. )<br> )<br>___James Buddy Swearengin___ )<br>State of Alabama Dept. of Finance )<br>_____ )<br>Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV651WKW |
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>_____Plaintiff (s),_____ )<br> )<br>v. )<br> )<br>__Ray Dennis, Perry Hopper, Ken Green__ )<br>State of Alabama Dept. of Rehabilitation Services )<br>_Business Enterprise Program_ )<br>Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV652WKW |

RECEIVED 2006 NOV -1 A 8:42 DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA

~~RECEIVED 2006 OCT 32 A 8:41 DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA~~

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of November 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

Calvin Scott, Sr.

*[signature: Calvin Scott Sr.]*

Sworn to before me this 1st
Day of November 2006

*[signature]*

NOTARY PUBLIC
My Commission Expires 10/26/2009

Respectfully Submitted,

Calvin Scott, Sr.

*[signature: Calvin Scott Sr.]*
_____
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: Nov. 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day Nov. 1, 2006 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr.