IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____DIVISION

RECEIVED
2006 DEC -1  A 8: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| Calvin Scott, Sr. (Blind Vendor) | ) |  |
|---|---|---|
| Plaintiff(s), | ) |  |
| v. | ) | CIVIL ACTION NO. 2:05-CV651WKW |
| James Buddy Swearengin State of Alabama Dept. of Finance | ) ) ) |  |
| Defendant(s) | ) |  |

| Calvin Scott, Sr. (Blind Vendor) | ) ) ) |  |
|---|---|---|
| Plaintiff(s), | ) ) |  |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV652WKW |
| Ray Dennis, Perry Hopper, Ken Green State of Alabama Dept. of Rehabilitation Services Business Enterprise Program | ) ) ) |  |
| Defendant(s) | ) |  |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

---

As of December 1, 2006 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*[signature: Calvin Scott]*

Calvin Scott, Sr.


*[signature: Suzy Yates]*    My Commission Expires 10-26-2009
NOTARY PUBLIC

Respectfully Submitted,

Calvin Scott, Sr.

                               *[signature: Calvin Scott Jr.]*
                               Plaintiff(s) Signature

                               __1416 Marler Rd__
                               _Pike Road, Alabama 36064_
                               Address, City, State Zip Code


                               ___(334) 272-2657___
                               Telephone Number

Date: 12/01/06

## CERTIFICATE OF SERVICE

I hereby certify that on this day December 1, 2006 a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.