## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### DIVISION RECEIVED

| | |
|---|---|
| _____Calvin Scott, Sr._____ | ) |
| _____(Blind Vendor)_____ | ) 2007 JAN 31 ⊡ 3: 43 |
| _____ | ) |
| Plaintiff (s), | ) DEBRA P. HACKETT, CLK |
| | ) U.S. DISTRICT COURT |
| V. | ) MIDDLE DISTRICT ALA |
| | ) CIVIL ACTION NO. |
| ___James Buddy Swearengin_____ | ) 2:05-CV651WKW |
| State of Alabama Dept. of Finance | ) |
| _____ | ) |
| Defendant(s) | ) |

| | |
|---|---|
| _____Calvin Scott, Sr._____ | ) |
| _____(Blind Vendor)_____ | ) |
| _____ | ) |
| Plaintiff (s), | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 2:05-CV652WKW |
| ___Ray Dennis, Perry Hopper, Ken Green___ | ) |
| State of Alabama Dept. of Rehabilitation Services | ) |
| _Business Enterprise Program | ) |
| Defendant(s) | ) |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of February 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*Cynthia Henfel*

NOTARY PUBLIC

MY COMMISSION EXPIRES 3/20/2010

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.*
_____
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

**Date:** _Feb. 1, 2007_

## CERTIFICATE OF SERVICE

I hereby certify that on this day _Feb. 1, 2007_ a copy of this _Document_ was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.