IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 MAR 30  A 11: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Calvin Scott, Sr. (Blind Vendor) ) ) ) ) Plaintiff(s), ) ) v. ) ) James Buddy Swearengin ) State of Alabama Dept. of Finance ) ) Defendant(s) ) | CIVIL ACTION NO. 2:05-CV651WKW |
| Calvin Scott, Sr. (Blind Vendor) ) ) ) ) Plaintiff(s), ) ) v. ) ) Ray Dennis, Perry Hopper, Ken Green ) State of Alabama Dept. of Rehabilitation Services ) Business Enterprise Program ) Defendant(s) ) | CIVIL ACTION NO. 2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of April 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*Cynthia Heufel*                    MY COMMISSION EXPIRES 3/20/2010
NOTARY PUBLIC

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.*
Plaintiff(s) Signature

___1416 Marler Rd_____
_Pike Road, Alabama 36064_____
Address, City, State Zip Code


___(334) 272-2657_____
Telephone Number

Date: March 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day March 30, 2007 a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.