IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 MAY -1  A 8: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Calvin Scott, Sr. (Blind Vendor) ) ) ) | |
| Plaintiff (s), ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV651WKW |
| James Buddy Swearengin ) State of Alabama Dept. of Finance ) ) | |
| Defendant(s) ) | |

| | |
|---|---|
| Calvin Scott, Sr. (Blind Vendor) ) ) ) | |
| Plaintiff (s), ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV652WKW |
| Ray Dennis, Perry Hopper, Ken Green ) State of Alabama Dept. of Rehabilitation Services ) Business Enterprise Program ) | |
| Defendant(s) ) | |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of May 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*
Calvin Scott, Sr.

*[signature]*
NOTARY PUBLIC

My Commission Expires 2-8-11

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.*
Plaintiff(s) Signature

__1416 Marler Rd__
_Pike Road, Alabama 36064_
Address, City, State Zip Code

___(334) 272-2657___
Telephone Number

Date: May 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day May 1, 2007 a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.