IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 JUN 29 A 10: 10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Calvin Scott, Sr. )
(Blind Vendor) )
                  )
Plaintiff(s),     )
                  )
v.                )   CIVIL ACTION NO.
                  )   2:05-CV651WKW
James Buddy Swearengin )
State of Alabama Dept. of Finance )
                  )
Defendant(s)      )


Calvin Scott, Sr. )
(Blind Vendor) )
                  )
Plaintiff(s),     )
                  )
v.                )   CIVIL ACTION NO.
                  )   2:05-CV652WKW
Ray Dennis, Perry Hopper, Ken Green )
State of Alabama Dept. of Rehabilitation Services )
Business Enterprise Program )
Defendant(s)      )

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

---

As of July 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*Suzanna Yates*
NOTARY PUBLIC

My Commission Expires 10-26-2009

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.*
Plaintiff(s) Signature

___1416 Marler Rd___
_Pike Road, Alabama 36064___
Address, City, State Zip Code


___(334) 272-2657___
Telephone Number

Date: June 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day June 29, 2007 a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.