IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2007 AUG -1 A 9:58

| | |
|---|---|
| Calvin Scott, Sr. (Blind Vendor) Plaintiff(s), <br><br> v. <br><br> James Buddy Swearengin <br> State of Alabama Dept. of Finance <br><br> Defendant(s) | CIVIL ACTION NO. <br> 2:05-CV651WKW |
| Calvin Scott, Sr. (Blind Vendor) Plaintiff(s), <br><br> v. <br><br> Ray Dennis, Perry Hopper, Ken Green <br> State of Alabama Dept. of Rehabilitation Services <br> Business Enterprise Program <br> Defendant(s) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of August 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*[Notary signature]*

NOTARY PUBLIC
My Commission Expires 2-8-11

Respectfully Submitted,

Calvin Scott, Sr.

_____
*Calvin Scott Sr.*
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064_____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: August 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day August 1, 2007 a copy of this document was mailed to the counsel for defendants.


*Calvin Scott Sr.*
Calvin Scott, Sr.