IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 AUG 31  A 9: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Calvin Scott, Sr. (Blind Vendor) )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>James Buddy Swearengin )<br>State of Alabama Dept. of Finance )<br>)<br>Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV651WKW |
| Calvin Scott, Sr. (Blind Vendor) )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>Ray Dennis, Perry Hopper, Ken Green )<br>State of Alabama Dept. of Rehabilitation Services )<br>Business Enterprise Program )<br>Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of September 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*[signature]*
NOTARY PUBLIC

Respectfully Submitted,

My Commission Expires 2-8-11

Calvin Scott, Sr.

_____
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064_____
Address, City, State Zip Code


___(334) 272-2657_____
Telephone Number

Date: Sept. 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day Sept. 1, 2007 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr.