IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 OCT -1  A 11: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>Plaintiff (s),    )<br>                                                 )<br>v.                                              )<br>                                                 )<br>__James Buddy Swearengin__ )<br>State of Alabama Dept. of Finance )<br>_____ )<br>Defendant(s)    ) | CIVIL ACTION NO.<br>2:05-CV651WKW |

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>Plaintiff (s),    )<br>                                                 )<br>v.                                              )<br>                                                 )<br>__Ray Dennis, Perry Hopper, Ken Green__ )<br>State of Alabama Dept. of Rehabilitation Services )<br>_Business Enterprise Program_____ )<br>Defendant(s)    ) | CIVIL ACTION NO.<br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of October 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*[signature]*

Calvin Scott, Sr.

*[signature]*

NOTARY PUBLIC     My Commission Expires 2-8-11

Respectfully Submitted,

Calvin Scott, Sr.

*[signature]*
_____
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064_____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: Oct. 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day Oct. 1, 2007 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr