IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN SCOTT, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-000651-WKW- |
| ) | CSC (WO) |
| JAMES (BUDDY) SWEARENGIN, JR., et al., ) | |
| ) | |
| Defendants. ) | |

---

| | |
|---|---|
| CALVIN SCOTT, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-000652-WKW- |
| ) | CSC (WO) |
| RAY DENNIS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appearing that Plaintiff Calvin Scott, Sr., has failed to press his claim with the Secretary of the United States Department of Education for binding arbitration under 20 U.S.C. § 107d-1(a), the plaintiff is DIRECTED to show cause in writing **on or before November 1, 2007**, why this action should not be dismissed. If Plaintiff takes the position that he has attempted in good faith to secure binding arbitration, he shall attach evidence of his good faith efforts to his response to this order.

A status conference is SET for **November 15, 2007, at 2:00 p.m.**, in Courtroom 2-E of the Frank M. Johnson Jr. United States Courthouse complex, One Church Street, Montgomery, Alabama. The clerk of the court is DIRECTED to provide a court reporter at the status conference.

The clerk of the court is further DIRECTED to mail a copy of this ORDER to the plaintiff at his address of record.

DONE this 10th day of October, 2007.

                                      /s/  W.  Keith Watkins  
                                UNITED STATES DISTRICT JUDGE