# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2007 OCT 12  P 3: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |
|---|---|
| Calvin Scott, Sr. | ) |
| (Blind Vendor) | ) |
|  | ) |
| Plaintiff (s), | ) |
|  | ) |
| v. | )  CIVIL ACTION NO. |
|  | )  2:05-CV651WKW |
| James Buddy Swearengin | ) |
| State of Alabama Dept. of Finance | ) |
|  | ) |
| Defendant(s) | ) |

|  |  |
|---|---|
| Calvin Scott, Sr. | ) |
| (Blind Vendor) | ) |
|  | ) |
| Plaintiff (s), | ) |
|  | ) |
| v. | )  CIVIL ACTION NO. |
|  | )  2:05-CV652WKW |
| Ray Dennis, Perry Hopper, Ken Green | ) |
| State of Alabama Dept. of Rehabilitation Services | ) |
| Business Enterprise Program | ) |
| Defendant(s) | ) |

THE HONORABLE JUDGE W. KEITH WATKINS

––––––––––––––––––––––––––––––

The Arbitration Hearing for Case #R-S-06-8 was held on May 23, 2007 at the Alabama Department of Rehabilitation Services located at 2129 East South Boulevard in Montgomery, Alabama.  As of this day I have not received a letter of the decision from the Arbitration Hearing; therefore, the Arbitration Hearing process has not been completed.

Enclosed is a copy of the letter I received on March 26, 2007 stating the date of the Arbitration Hearing from Mr. Daniel L. Feinstein, Arbitrator-Mediator.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.
1416 Marler Road
Pike Road, AL  36064
(334) 272-2657

*Oct. 12, 2007*