Calvin Scott, Sr.
case # 2:05-CV 651 WKW
       2:05-CV 652 WKW

**Daniel L. Feinstein**
Arbitrator / Mediator
1600 Hillwood Drive
Montgomery, AL 36106
678.298.8841 (tel.)
404.329.8389 (fax)

March 21, 2007

Mr. Calvin Scott, Sr.
1416 Marler Road
Pike Road, AL 36064

Stephen K. Simpson, Assistant Attorney General
Alabama Department of Rehabilitative Services
Post Office Box 11586
Montgomery, AL 36111-0586

Re:  Arbitration between Calvin Scott and
     Alabama Department of Rehabilitative Services
     Case R-S/06-8
     My file 2007.1193

Dear Gentlemen:

I have in hand a letter from Dr. Edward Anthony indicating my appointment as panel chairperson and the appointment of Mr. Thomas Klinner and Mr. Scott LaBarre as party designated arbitrators in the above described arbitration between the parties. Thank you.

The panel has selected 9:00 a.m. on May 23, 2007 for the hearing in this matter. The location will be announced shortly but will be held in the Montgomery metropolitan area. In addition, it is my understanding that the U.S. Department of Education will arrange for the services of a court reporter to transcribe the proceedings.

I welcome the opportunity to serve the parties. If there are any preliminary issues which must be addressed, please arrange a conference call at the above number.

Sincerely,

Daniel L. Feinstein

cc:  Scott C. LaBarre (via slabarre@labarrelaw.com), Thomas Klinner (via tklinner@cklegal.net), and Suzette Haynes (via suzette.haynes@ed.gov)