IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

```
_____Calvin Scott, Sr._____     )
_____(Blind Vendor)_____     )
_____     )
          Plaintiff (s),              )
                                      )
v.                                    )     CIVIL ACTION NO.
                                      )     2:05-CV651WKW
                                      )
____James Buddy Swearengin_____     )
State of Alabama Dept. of Finance     )
                                      )
_____     )
          Defendant(s)                )
```

```
_____Calvin Scott, Sr._____     )
_____(Blind Vendor)_____     )
_____     )
          Plaintiff (s),              )
                                      )
v.                                    )     CIVIL ACTION NO.
                                      )     2:05-CV652WKW
                                      )
__Ray Dennis, Perry Hopper, Ken Green_)
State of Alabama Dept. of Rehabilitation Services )
_Business Enterprise Program_____)
          Defendant(s)                )
```

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

---

As of November 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.* (signature)

Calvin Scott, Sr.

*Michelle Vinson* (signature)
NOTARY PUBLIC

Respectfully Submitted,    My Commission Expires 8/31/2011

Calvin Scott, Sr.

*Calvin Scott Sr.* (signature)
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064  _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: _NOV. 1, 2007_

## CERTIFICATE OF SERVICE

I hereby certify that on this day _NOV. 1, 2007_ a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr