IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 NOV 30  A 8: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>        Plaintiff (s),        )<br>                              )<br>v.                            )<br>                              )<br>__James Buddy Swearengin____  )<br>State of Alabama Dept. of Finance )<br>_____ )<br>        Defendant(s)          ) | CIVIL ACTION NO.<br>2:05-CV651WKW |
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>        Plaintiff (s),        )<br>                              )<br>v.                            )<br>                              )<br>__Ray Dennis, Perry Hopper, Ken Green__ )<br>State of Alabama Dept. of Rehabilitation Services )<br>_Business Enterprise Program___ )<br>        Defendant(s)          ) | CIVIL ACTION NO.<br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of December 1, 2007 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.* (signature)

Calvin Scott, Sr.

*Connie S Campbell* (signature)     My Commission Expires 03/28/2009
NOTARY PUBLIC

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.* (signature)
Plaintiff(s) Signature

___1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: DEC. 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day DEC. 1, 2007 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr