IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>           Plaintiff(s) )<br> )<br>v.                                               )<br> )<br>\_\_\_James Buddy Swearengin_____ )<br>State of Alabama Dept. of Finance\_\_ )<br>_____ )<br>           Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV651WKW |

Stamp: RECEIVED 2008 JAN -2 A 10: 49 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____ )<br>_____(Blind Vendor)_____ )<br>_____ )<br>           Plaintiff (s), )<br> )<br>v.                                               )<br> )<br>\_\_\_Ray Dennis, Perry Hopper, Ken Green\_\_ )<br>State of Alabama Dept. of Rehabilitation Services\_ )<br>\_Business Enterprise Program_____ )<br>           Defendant(s) ) | CIVIL ACTION NO.<br>2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

---

As of January 1, 2008 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*Connie S Campbell*
NOTARY PUBLIC

My Commission Expires 03/28/2009

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Sr.*
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: Jan. 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this day Jan. 1, 2008 a copy of this document was mailed to the counsel for defendants.

*Calvin Scott Sr.*
Calvin Scott, Sr.