IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION RECEIVED

2008 FEB -1  A II: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| _____Calvin Scott, Sr._____ ) <br> _____(Blind Vendor)_____ ) <br> _____ ) <br> _____Plaintiff (s),_____ ) <br> ) <br> v.                                       ) <br> ) <br> __James Buddy Swearengin__ ) <br> State of Alabama Dept. of Finance ) <br> _____ ) <br> _____Defendant(s)_____ ) | CIVIL ACTION NO. <br> 2:05-CV651WKW |

| | |
|---|---|
| _____Calvin Scott, Sr._____ ) <br> _____(Blind Vendor)_____ ) <br> _____ ) <br> _____Plaintiff (s),_____ ) <br> ) <br> v.                                       ) <br> ) <br> __Ray Dennis, Perry Hopper, Ken Green__ ) <br> State of Alabama Dept. of Rehabilitation Services ) <br> _Business Enterprise Program_____ ) <br> _____Defendant(s)_____ ) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

_____

As of February 1, 2008 the Arbitration Hearing date for this case is still pending. As requested by the court I will report the status of this forthcoming Arbitration Hearing every 1st of the month until the Arbitration Hearing has been completed.

Sincerely,

*Calvin Scott Sr.*

Calvin Scott, Sr.

*Connie S Campbell*   My Commission Expires 03/28/2009
NOTARY PUBLIC

Respectfully Submitted,

Calvin Scott, Sr.

*Calvin Scott Jr.*
Plaintiff(s) Signature

__1416 Marler Rd_____
_Pike Road, Alabama 36064 _____
Address, City, State Zip Code

___(334) 272-2657_____
Telephone Number

Date: Feb. 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this day Feb. 1, 2008 a copy of this document was mailed to the counsel for defendants.


*Calvin Scott Sr.*
Calvin Scott, Sr.