IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2008 FEB -5 A 10: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ___Calvin Scott, Sr.___ ) <br> ___(Blind Vendor)___ ) <br> _____ ) <br> Plaintiff (s), ) <br> ) <br> v. ) <br> ) <br> ___James Buddy Swearengin___ ) <br> State of Alabama Dept. of Finance ) <br> _____ ) <br> Defendant(s) ) | CIVIL ACTION NO. <br> 2:05-CV651WKW |
| ___Calvin Scott, Sr.___ ) <br> ___(Blind Vendor)___ ) <br> _____ ) <br> Plaintiff (s), ) <br> ) <br> v. ) <br> ) <br> ___Ray Dennis, Perry Hopper, Ken Green___ ) <br> State of Alabama Dept. of Rehabilitation Services ) <br> _Business Enterprise Program___ ) <br> Defendant(s) ) | CIVIL ACTION NO. <br> 2:05-CV652WKW |

ARBITRATION HEARING STATUS REPORT AS ORDERED BY THE HONORABLE
JUDGE W. KEITH WATKINS

---

On February 4, 2008, I received a decision from the arbitration panel stating that the Alabama Department of Rehabilitative Services did not violate the Randolph-Sheppard Act. I appeal the Arbitration Panel deicision, they did not give me any justice. I gave them documents that proved the ADRS had violated the Randolph Sheppard Act. The agency had violated the State Rehabilitation Codes, also American with Disabilities Title I, II, 504, slander, defamation, libel, violation of civil rights based on race and disability.

The Arbitration Panel ruled that they had no jurisdiction to award me the compensatory award and the relief I am seeking; therefore, I am back to the federal court seeking for justice by requesting that this case proceed and be heard by a jury.

Sincerely,

Calvin Scott

Calvin Scott, Sr.

Date: Feb 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this day Feb. 5, 2008 a copy of this document was mailed to the counsel for defendants.

_Calvin Scott Sr._
Calvin Scott, Sr.