IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN SCOTT, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-000651-WKW- |
| | ) | CSC (WO) |
| JAMES (BUDDY) SWEARENGIN, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

---------------------------------------------------------------

| | | |
|---|---|---|
| CALVIN SCOTT, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-000652-WKW- |
| | ) | CSC (WO) |
| RAY DENNIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the plaintiff's February Status Report (Doc. # 50), it is ORDERED that the STAY entered on September 20, 2006 (Doc. # 29) is LIFTED.

It is further ORDERED that this case is REFERRED back to the Magistrate Judge for all appropriate proceedings.

DONE this 9th day of May, 2008.

                                              /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE