IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv651-T |
| | ) | (WO) |
| JAMES (BUDDY) SWEARENGIN, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv652-F |
| | ) | |
| RAY DENNIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 5, 2008, the plaintiff filed an arbitration hearing status report (doc. # 50) in which he states that "[o]n February 4, 2008, [he] received a decision from the arbitration panel stating that the Alabama Department of Rehabilitative Services did not violate the Randolph-Sheppard Act." (Doc. # 50 at 2). However, the plaintiff did not attach a copy of the arbitration panel's decision. Accordingly, it is

ORDERED that on or before **June 16, 2008**, the plaintiff shall file a copy of the arbitration panel's decision.

Done this 30th day of May, 2008.

                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE