IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-651-WKW |
| | ) | (WO) |
| JAMES (BUDDY) SWEARENGIN, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-652-WKW |
| | ) | (WO) |
| RAY DENNIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 17, 2008, the Magistrate Judge filed a Recommendation in the above-styled cases. (Doc. # 57.) Plaintiff Calvin Scott ("Mr. Scott") filed an objection to the Recommendation on October 29, 2008. (Doc. # 59.) Upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(C), it is ORDERED as follows:

    1.    Mr. Scott's objection (Doc. # 59) is OVERRULED;

    2.    the Recommendation (Doc. # 57) is ADOPTED;

    3.    the decision of the Department of Education arbitration panel is AFFIRMED;

4. Mr. Scott's federal claims are DISMISSED with prejudice; and

5. the court declines to exercise supplemental jurisdiction over Mr. Scott's state law claims pursuant to 28 U.S.C. § 1367 and, thus, these claims are DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 30th day of October, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE