IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-651-WKW |
| | ) | (WO) |
| JAMES (BUDDY) SWEARENGIN, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-652-WKW |
| | ) | (WO) |
| RAY DENNIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE that judgment is ENTERED in favor of Defendants and against Plaintiff on all federal law claims and that Plaintiff's state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of October, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE